**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CIVIL ACTION NUMBER:          (JBA)**

**ELECTRONIC FILING ORDER IN CIVIL CASES**

The Court orders that the parties shall file all documents in this case electronically.  The following requirements are imposed:

1.  Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2.  Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

Civil Cases:   All pleadings (including briefs and exhibits) relating, supporting, opposing or replying to the following:

a.  Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
b.  Dispositive motions (motions to dismiss or for summary judgment);
c.  Requested jury instructions, voir dire;
d.  Compliance with Pretrial Orders;
e.  Trial briefs, including proposed findings of fact and conclusions of law; and
f.  **Any pleading that is in excess of 2 pages [change effective May 1, 2006]**.

                              IT IS SO ORDERED.
                              /s/ Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut.

Rev. 5/1/06

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CIVIL ACTION NUMBER:**               **(JBA)**

**ELECTRONIC FILING ORDER IN CIVIL CASES**

Judge Arterton requests courtesy copies of all
electronically filed pleadings in excess of **two pages.**