AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

District of   Connecticut

BARJAN, LLC,
    Plaintiffs,

v.

CHAMPION LABORATORIES, INC., ET AL.
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   **308CV00534 JBA**

TO: (Name and address of Defendant)

**ARVINMERITOR**
2135 W MAPLE ROAD
TROY, MICHIGAN 48084-7121

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KERRY R. CALLAHAN, ESQ./DOUG DUBISTKY, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, Suite 2400
P.O. Box 231277
Hartford, CT 06123-1277
Tel. 860-548-2600/Fax 860-548-2680

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**ROBERTA D. TABORA**
CLERK

DATE   4/11/08

(By) DEPUTY CLERK

510728

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-18-08 |
| NAME OF SERVER (PRINT) Stephen P. Donnelly | TITLE State Marshal Middlesex County |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Return Receipt Request #7807 1490 0004 3732 8256

### STATEMENT OF SERVICE FEES

| TRAVEL 6   3.03 endorsements 1.60 | SERVICES 30.00  Fax Pages 36.00  $10.00 | TOTAL 80.63 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-18-08
Date

Signature of Server

Stephen P. Donnelly
State Marshal — Middlesex County
P. O. Box 623
Westbrook, CT 06498

Address of Server

---

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

511118