Fee
pd.
PM

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br><br>Defendants. | Civil Action No. 08cv00534-JBA<br><br><br><br>APRIL 24, 2008 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY BERNARD PERSKY

Doug Dubitsky, on behalf of Plaintiff, Barjan, LLC, hereby moves the Court for an order, pursuant to

Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for

*ORAL ARGUMENT NOT REQUESTED*
*NO TESTIMONY REQUIRED*

512294

the District of Connecticut, permitting Attorney Bernard Persky to represent Plaintiff, Barjan, LLC, before this Court in this matter.

Attorney Persky practices law with the law firm of Labaton Sucharow LLP located at 140 Broadway, 33rd Floor, New York, NY 10005. Attorney Persky is a member in good standing of the Bar of the State of New York. Attorney Persky has never been denied admission or disciplined by this Court or any other court. Granting this Motion will not require any modification to the scheduling order in this action. In support of this Motion, Plaintiff, Barjan, LLC, submits the attached Affidavits of Doug Dubitsky and Bernard Persky.

Respectfully submitted,
THE PLAINTIFF,
Barjan, LLC

By: _____
DOUG DUBITSKY, ESQ.
Fed. Bar. No. ct21558
Updike, Kelly & Spellacy, P.C.
P.O. Box 231277
One State Street
Hartford, CT 06123-1277
Tel. (860) 548-2600
Fax (860) 548-2680
ddubitsky@uks.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.,<br>Defendants. | Civil Action No. 08cv00534-JBA<br><br><br>APRIL 21, 2008 |

**AFFIDAVIT OF BERNARD PERSKY**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF NEW YORK     :
                                              :     SS. APRIL 21, 2008
COUNTY OF NEW YORK    :

I, BERNARD PERSKY, being duly sworn, depose and say:

1. I am over the age of eighteen (18) years and understand the obligation of an oath.

2. I am an associate in the firm of Labaton Sucharow LLP located at 140 Broadway, 33rd Floor, New York, NY 10005. My telephone number is (212) 907-0868; my facsimile number is (212) 883-7068; and my email address is: bpersky@labaton.com

3.  I am one of the attorneys for Barjan, LLC in the above-referenced matter and make this Affidavit in support of the Plaintiff's Motion for Admission *Pro Hac Vice* for purposes of the instant case only.

4.  I am a member of the Bar of the State of New York. I am also admitted to practice in New York, before the United States Supreme Court, the United States Courts of Appeals for Second, Third and Fifth Circuits and the United States District Courts for the Southern, Eastern and Northern Districts of New York.

5.  I do not have a grievance pending against me in this or any other jurisdiction. I have never been reprimanded, suspended, placed on inactive status, disbarred or ever resigned from the practice of law. I have never been denied admission or disciplined by this or any other Court.

6.  I am a graduate of the City College of New York and Harvard Law School.

7.  I have reviewed and am familiar with Rules of the United States District Court for the District of Connecticut.

8.  The Plaintiff, Barjan, LLC, has asked Attorney Doug Dubitsky of the law firm of Updike, Kelly & Spellacy, P.C. to work with me on the defense of this matter and he has stated that he is willing to do so. I have asked Attorney Dubitsky to be my sponsoring lawyer in this matter and he has stated that he is willing to do so.

_____
BERNARD PERSKY

Subscribed and sworn to before me
this 21st day of April, 2008.

_____
Notary Public   Susan E. Lieneck
My Commission Expires:

SUSAN E. LIENECK
Notary Public, State of New York
No. 01LI4918391
Qualified in Suffolk County
Commission Expires June 20, 20_10_

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, :<br><br>Plaintiff, :<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC., :<br><br>Defendants. : | Civil Action No. 08cv00534-JBA<br><br><br><br>APRIL 24, 2008 |

### AFFIDAVIT OF DOUG DUBITSKY
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
### OF ATTORNEY BERNARD PERSKY

STATE OF CONNECTICUT  :
                                            :   SS.   HARTFORD APRIL 24, 2008
COUNTY OF HARTFORD   :

I, Doug Dubitsky, being duly sworn, depose and say:

512294

1. I am over the age of eighteen (18) years and understand the obligation of an oath.

2. I am the attorney representing the Plaintiff, Barjan, LLC, in this matter. I practice with the law firm of Updike, Kelly & Spellacy, P.C. One State Street, Hartford, CT 06123, and am a member in good standing of the Bar of the Superior Court of the State of Connecticut and the Bar of the United States District Court for the District of Connecticut.

3. I make this Affidavit in support of Plaintiff's Motion for Admission of Bernard Persky *Pro Hac Vice* for purposes of the instant case only.

4. Attorney Persky practices law with the law firm of Labaton Sucharow LLP located at 140 Broadway, 33rd Floor, New York, NY 10005.

5. Attorney Persky is a member in good standing of the Bar of the State of New York. Attorney Persky is admitted to practice in New York, before the United States Supreme Court, the United States Courts of Appeals for Second, Third and Fifth Circuits and the United States District Courts for the Southern, Eastern and Northern Districts of New York.

6. Attorney Persky has never been denied admission or disciplined by this or any other Court.

512294                                                        2

7. Plaintiff Barjan, LLC has asked that Updike, Kelly & Spellacy, P.C. work with Labaton Sucharow LLP on the defense of this matter and we will continue to do so.

_____
DOUG DUBITSKY

Subscribed and sworn to before me
this 24th day of April, 2008.

_____
Notary Public
My Commission Expires:
Commissioner of the Superior Court

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed postage-prepaid this 25th day of April, 2008 to the following counsel of record:

Benjamin A. Solnit, Esq.
Tyler Cooper & Alcorn LLP
555 Long Wharf Drive
8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Phone: 203.784-8205
Fax: 203.777-1181
E-mail: bsolnit@tylercooper.com
Web site: http://www.tylercooper.com/

Francis H. Morrison III, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
11th Floor
Hartford, CT 06103-3704
Phone: 860.275-8155
Fax: 860.275.8101
E-mail: fhm@avhlaw.com

William M. O'Connor, Esq.
Crowell & Moring
153 East 53rd Street,
31st Floor
New York, NY 10022-4611
Phone: 212.895.4259
Fax: 212.223.4134
E-mail: woconnor@crowell.com

Rachel Reingold Mandel, Esq.
Tyler Cooper & Alcorn LLP
555 Long Wharf Drive
8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Phone: 203.784-8441
Fax: 203.777-1181
E-mail: rmandel@tylercooper.com
Web site: http://www.tylercooper.com/

Maria E. Kokiasmenos, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
11th Floor
Hartford, CT 06103-3704
Phone: 860.275-8133
Fax: 860.275.8101
E-mail: mek@avhlaw.com

Edward Wood Dunham, Esq.
Wiggin and Dana
One Century Tower
P.O. Box 1832
265 Church Street
New Haven, CT 06508-1832
Phone: 203.498.4327
Fax: 203.782.2889
E-mail: edunham@wiggin.com

512480

Erika L. Amarante, Esq.
Wiggin and Dana
One Century Tower
P.O. Box 1832
265 Church Street
New Haven, CT 06508-1832
Phone: 203.498.4493
Fax: 203.782.2889
E-mail: eamarante@wiggin.com
Web site: http://www.wiggin.com

David A. Ball, Esq.
Cohen and Wolf
1115 Broad Street
Bridgeport, CT 06604
Phone: 203. 368.0211
Fax: 203. 337.5534
E-mail: dball@cohenandwolf.com
Web site: http://www.cohenandwolf.com

Kenneth W. "Ken" Ritt, Esq.
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Phone: 203. 977 7318
Fax: 203. 977 7301
E-mail: kwritt@daypitney.com

Website: http://www.wiggin.com/
Stewart I. Edelstein, Esq.
Cohen and Wolf
1115 Broad Street
Bridgeport, CT 06604
Phone: 203.337.4144
Fax: 203. 337.5544
E-mail: sedelstein@cohenandwolf.com
Web site: http://www.cohenandwolf.com

Joseph D. Jean, Esq.
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY
10036-2714
Phone: 212.277-6753
Fax: 212.277-6501
E-mail: jeanj@dicksteinshapiro.com
Web site: http://www.dicksteinshapiro.com

Thomas D. "Tom" Goldberg, Esq.
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Phone: 203. 977 7383
Fax: 203. 977 7301
E-mail: tdgoldberg@daypitney.com

By: _____
Doug Dubitsky, Esq.

512480