UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL NTERNATIONAL, INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.<br><br>Defendants. | : Civil Action No. 3:08cv00534 (JBA)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: May 1, 2008<br>:<br>:<br>:<br>: |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Baldwin Filters, Inc. (a private non-governmental party) certifies that the following publicly-held corporation is its parent corporation and owns more than 10% of its stock: CLARCOR Inc.

                                  Respectfully submitted,

                                  DEFENDANT, BALDWIN FILTERS, INC.

                                  By    /s/ *Maria E. Kokiasmenos*
                                  Maria E. Kokiasmenos (ct27005)
                                  AXINN, VELTROP & HARKRIDER LLP
                                  90 State House Square
                                  Hartford, CT 06103
                                  Phone: (860) 275-8100
                                  Fax: (860) 276-8101
                                  mek@avhlaw.com

OF COUNSEL:

Darrell Prescott
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4476 (Direct)
212 310-1637 (Fax)
Darrell.Prescott@bakernet.com

*Counsel for Defendant Baldwin Filters Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.


    /s/ Maria E. Kokiasmenos
    Maria E. Kokiasmenos