UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, | : Civil Action No. 3:08cv00534 (JBA) |
| Plaintiff, | : |
| v. | : |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL NTERNATIONAL, INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | : May 2, 2008 |
| Defendants. | : |

## NOTICE OF APPEARANCE

Please take notice that Defendant, Baldwin Filters Inc., is represented in this action by the undersigned member of the bar of this Court.

By:   /s/ Francis H. Morrison III
      Francis H. Morrison III (ct04200)
      Axinn, Veltrop & Harkrider LLP
      90 State House Square
      Hartford, CT  06103
      Tel: (860) 275-8100
      Fax: (860) 275-8101
      fhm@avhlaw.com
      **Attorney for Defendant
      Baldwin Filters, Inc.**

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                       /s/ Francis H. Morrison III
                                                                       Francis H. Morrison III