UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS,<br>CUMMINS FILTRATION INC.,<br>THE DONALDSON COMPANY,<br>BALDWIN FILTERS INC.,<br>BOSCH U.S.A.,<br>MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC.,<br>UNITED COMPONENTS, INC.<br><br>Defendants. | Case No. 3:08-cv-00534-JBA<br><br>(Honorable Janet Bond Arterton)<br><br><br><br>May 2, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Ben Solnit as counsel in this case for defendants Champion Laboratories, Inc. and United Components, Inc.

This appearance is solely for purposes of filing a motion to extend the time for Champion and United Components to answer or otherwise respond to the complaint in this matter and is not intended to waive and does not waive any defenses that Champion or United Components may have to the complaint, including insufficiency of the service of process, improper venue and lack of personal jurisdiction.

Dated: May 2, 2008                                          Respectfully submitted,


                                                By:  /s/Ben Solnit

                                                    Ben A. Solnit-CT00292
                                                    TYLER COOPER & ALCORN, LLP
                                                    555 Long Wharf Drive, 8th Floor
                                                    New Haven, CT  06509
                                                    Telephone: (203) 784-8200
                                                    Facsimile (203) 777-1181
                                                    Email: bsolnit@tylercooper.com


                                                    Attorneys for Defendants
                                                    Champion Laboratories, Inc. and
                                                    United Components, Inc.

DC\1099104.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008 a copy of the foregoing Defendants Champion Laboratories, Inc. and United Components, Inc.'s Notice of Appearance was filed electronically. Notice of this filing will be sent to those who are currently on the list serve to receive e-mail notices by operation of the Court's electronic filing system.

    Parties may access this filing through the Court's system.

                                         s/Ben Solnit
                                         Ben A. Solnit-CT 00292

DC\1099104.1