UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS,<br>CUMMINS FILTRATION INC.,<br>THE DONALDSON COMPANY,<br>BALDWIN FILTERS INC.,<br>BOSCH U.S.A.,<br>MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC.,<br>UNITED COMPONENTS, INC.<br><br>Defendants. | Case No. 3:08-cv-00534-JBA<br><br>(Honorable Janet Bond Arterton)<br><br><br><br><br><br>May 2, 2008 |

### DEFENDANTS CHAMPION LABORATORIES, INC. AND UNITED COMPONENT'S INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants Champion Laboratories, Inc. and United Components, Inc. (collectively, "Champion") hereby move the Court, with the agreement of plaintiff, pursuant to the Federal Rules of Civil Procedure and Local Rule 7(b)(1), for an order enlarging the time for Champion to respond to the complaint in this action for 30 days. This motion is not intended to waive any defenses that Champion may have, including, but not limited to, the defenses of insufficiency of the service of process, improper venue, and lack of personal jurisdiction. The grounds for this motion are as follows:

1. On April 10, 2008, plaintiff filed the complaint in this action, which alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiff styled the complaint as a putative class action.

2. As of the date of this motion, six other plaintiffs have filed separate complaints in this district, two plaintiffs have filed complaints in the Northern District of Illinois, one plaintiff has filed a complaint in the Southern District of Illinois, one plaintiff has filed in the Eastern District of Tennessee. All of these complaints also allege federal and/or state antitrust claims against Champion and are styled as putative class actions.

3. On April 11, 2008, the plaintiff in one of the Illinois actions filed a motion before the Judicial Panel on Multidistrict Litigation to transfer and consolidate in the Northern District of Illinois all existing and subsequently filed antitrust actions related to the claims alleged in its complaint. On April 15, 2008, plaintiffs in five of the actions pending in this district filed a motion before the JPML to transfer and consolidate all existing and subsequently filed actions in the District of Connecticut. Neither Champion, nor any other defendant has had an opportunity to respond to these motions.

4. In light of the multiple complaints on file, the pending motions before the JPML, and the complex nature of plaintiff's allegations, Champion hereby moves, with the plaintiff's consent, to extend the time for Champion to answer or otherwise respond to the complaint in this matter for 30 days, without prejudice to Champion's right to seek additional time to answer or otherwise respond to the complaint for good cause shown.

5. In accordance with Local Rule 7(b)(3), counsel for Champion conferred with counsel for plaintiff prior to filing this motion and was advised that plaintiff consents to the relief requested.

6. Champion has not previously requested an extension of time to answer or otherwise respond to the complaint.

Dated: May 2, 2008                                          Respectfully submitted,

                                                  By:  /s/Ben Solnit
                                                       Ben A. Solnit-CT00292
                                                       TYLER COOPER & ALCORN, LLP
                                                       555 Long Wharf Drive, 8th Floor
                                                       New Haven, CT 06509
                                                       Telephone: (203) 784-8200
                                                       Facsimile (203) 777-1181
                                                       Email: bsolnit@tylercooper.com


                                                       Margaret M. Zwisler
                                                       E. Marcellus Williamson
                                                       Marguerite M. Sullivan
                                                       LATHAM & WATKINS LLP
                                                       555 Eleventh Street, NW
                                                       Washington, DC 20004-1304
                                                       Telephone: (202) 637-2200
                                                       Facsimile: (202) 637-2201
                                                       Email: Margaret.Zwisler@lw.com

                                                       Attorneys for Defendants
                                                       Champion Laboratories, Inc. and
                                                       United Components, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008 a copy of the foregoing Defendant Champion Laboratories, Inc. and United Component's Inc. Unopposed Motion for Extension of Time to Respond to the Complaint was filed electronically. Notice of this filing will be sent to those who are currently on the list serve to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

s/Ben Solnit
Ben A. Solnit-CT 00292