UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS,<br>CUMMINS FILTRATION INC.,<br>THE DONALDSON COMPANY,<br>BALDWIN FILTERS INC.,<br>BOSCH U.S.A.,<br>MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC.,<br>UNITED COMPONENTS, INC.<br><br>Defendants. | Case No. 3:08-cv-00534-JBA<br><br>(Honorable Janet Bond Arterton)<br><br><br><br><br><br>May 2, 2008 |

**CHAMPION LABORATORIES, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and by order of this Court, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock. UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of Champion Laboratories, Inc.'s stock.

Dated: May 2, 2008                                             Respectfully submitted,

                                                      By:   /s/Ben Solnit
                                                             Ben A. Solnit-CT00292
                                                             TYLER COOPER & ALCORN, LLP
                                                             555 Long Wharf Drive, 8th Floor
                                                             New Haven, CT 06509
                                                             Telephone: (203) 784-8200
                                                             Facsimile (203) 777-1181
                                                             Email: bsolnit@tylercooper.com

                                                             Margaret M. Zwisler
                                                             E. Marcellus Williamson
                                                             Marguerite M. Sullivan
                                                             LATHAM & WATKINS LLP
                                                             555 Eleventh Street, NW
                                                             Washington, DC 20004-1304
                                                             Telephone: (202) 637-2200
                                                             Facsimile: (202) 637-2201
                                                             Email: Margaret.Zwisler@lw.com

                                                             Attorneys for Defendants
                                                             Champion Laboratories, Inc. and
                                                             United Components, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008 a copy of the foregoing Defendant Champion Laboratories, Inc.'s Rule 7.1 Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent to those who are currently on the list serve to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

s/Ben Solnit
Ben A. Solnit-CT 00292