UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS,<br>CUMMINS FILTRATION INC.,<br>THE DONALDSON COMPANY,<br>BALDWIN FILTERS INC.,<br>BOSCH U.S.A.,<br>MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC.,<br>UNITED COMPONENTS, INC.<br><br>Defendants. | Case No. 3:08-cv-00534-JBA<br><br>(Honorable Janet Bond Arterton)<br><br><br><br><br>May 2, 2008 |

## UNITED COMPONENTS, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and by order of this Court, defendant United Components, Inc., by and through its undersigned counsel, states that UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of United Components, Inc.'s stock.

Dated: May 2, 2008                                     Respectfully submitted,

                                              By:   /s/Ben Solnit

                                                      Ben A. Solnit-CT00292  
                                                      TYLER COOPER & ALCORN, LLP  
                                                      555 Long Wharf Drive, 8th Floor  
                                                      New Haven, CT  06509  
                                                      Telephone: (203) 784-8200  
                                                      Facsimile (203) 777-1181  
                                                      Email: bsolnit@tylercooper.com

                                                      Margaret M. Zwisler  
                                                      E. Marcellus Williamson  
                                                      Marguerite M. Sullivan  
                                                      LATHAM & WATKINS LLP  
                                                      555 Eleventh Street, NW  
                                                      Washington, DC 20004-1304  
                                                      Telephone:  (202) 637-2200  
                                                      Facsimile:  (202) 637-2201  
                                                      Email: Margaret.Zwisler@lw.com

                                                      Attorneys for Defendants  
                                                      Champion Laboratories, Inc. and  
                                                      United Components, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008 a copy of the foregoing Defendant United Components, Inc.'s Rule 7.1 Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent to those who are currently on the list serve to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

s/Ben Solnit
Ben A. Solnit-CT 00292