UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARJAN, LLC, on behalf of itself and<br>all others similarly situated, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:08-CV-00534 (JBA) |
| VS. | : | |
| | : | |
| CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS, CUMMINS<br>FILTRATION INC., THE DONALDSON<br>COMPANY, BALDWIN FILTERS INC.,<br>BOSCH U.S.A., MANN + HUMMEL U.S.A.,<br>INC., ARVINMERITOR, INC., and UNITED<br>COMPONENTS, INC. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br><br><br><br>MAY 2, 2008 |

**DEFENDANT MANN + HUMMEL U.S.A., INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Mann + Hummel U.S.A., Inc. ("Mann + Hummel") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that it is a wholly owned subsidiary of Mann + Hummel, Inc., a Delaware Corporation, and is an indirect subsidiary of Mann + Hummel GmbH, a closely held German Corporation. No publicly held corporation owns a 10 percent or greater interest in Mann + Hummel.

DEFENDANT,
MANN + HUMMEL U.S.A., INC.


By____/s/ David A. Ball_____
   David A. Ball, Esq.
   Federal Bar No. ct.10154
   Cohen and Wolf, P.C.
   1115 Broad Street
   Bridgeport, CT  06604
   Tele:  (203) 368-0211
   Fax:  (203) 394-9901
   Email: dball@cohenandwolf.com

Alan Kanzer, Esq.
Alston & Bird LLP
90 Park Ave.
New York, NY 10016
Tele:  (212) 210-9480
Fax:  (212) 922-3980
Email:  Alan.Kanzer@alston.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, a copy of Defendant Mann + Hummel U.S.A., Inc.'s Corporate Disclosure Statement dated May 2, 2008, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                        /s/ David A. Ball
                                                         David A. Ball