## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, | : CIVIL ACTION NO. |
| | : |
| | : 3:08-CV-00534 (JBA) |
| VS. | : |
| | : |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | : |
| | : MAY 2, 2008 |

## DEFENDANT MANN + HUMMEL U.S.A., INC.'S
## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 7(b)(1)(a) of the Local Rules of Civil Procedure, Defendant Mann + Hummel U.S.A., Inc. ("Mann + Hummel") moves for an extension of time of thirty (30) days, through and including June 9, 2008, to answer, move or otherwise respond to Plaintiff's Complaint. In support of this motion, Mann + Hummel respectfully represents:

1. On or about April 18, 2008, Plaintiff served its Complaint on Mann + Hummel.

2. Mann + Hummel faces a deadline of May 8, 2008 to file a response to the Complaint.

3. Mann + Hummel and its counsel require an extension of time in order to investigate the allegations set forth in the Complaint and to file a response.

4. Plaintiff's counsel has indicated his consent to this requested extension of time.

5. This is Mann + Hummel's first request for an extension of this deadline.

WHEREFORE, Mann + Hummel moves for an extension of time of thirty (30) days, through and including June 9, 2008, to answer, move or otherwise respond to Plaintiff's Complaint.

DEFENDANT,
MANN + HUMMEL U.S.A., INC.

By____/s/ David A. Ball_____
David A. Ball, Esq.
Federal Bar No. ct.10154
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tele: (203) 368-0211
Fax: (203) 394-9901
Email: dball@cohenandwolf.com

Alan Kanzer, Esq.
Alston & Bird LLP
90 Park Ave.
New York, NY 10016
Tele: (212) 210-9480
Fax: (212) 922-3980
Email: Alan.Kanzer@alston.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, a copy of Defendant Mann + Hummel U.S.A., Inc.'s Motion on Consent for Extension of Time dated May 2, 2008, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                     /s/ David A. Ball
                                                     David A. Ball