# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Barjan LLC, on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., AND UNITED COMPONENTS, INC.<br><br>Defendants. | **Case No. 3:08-cv-00534-JBA**<br><br>(Honorable Janet Bond Arterton)<br><br><br><br><br><br><br><br><br><br>May 2, 2008 |

## NOTICE OF APPEARANCE

Please take notice that Defendants, Purolator Filters N.A. L.L.C. and Bosch U.S.A., are represented in this action by the undersigned member of the bar of this Court.

Dated: May 2, 2008                           Respectfully submitted,


                                   By:    /s/ William M. O'Connor

                                          William M. O'Connor (CT02731)
                                          CROWELL & MORING, LLP
                                          153 E. 53rd St., 31st Floor
                                          New York, NY  10022-4602

                                          *Attorney for Defendants*
                                          *Purolator Filters N.A. L.L.C.,*
                                          *& Bosch U.S.A..*

2

## **CERTIFICATE OF SERVICE**

William O'Connor, an attorney, hereby certifies that, on May 2, 2008, he electronically filed the foregoing Notice of Appearance using the CM/ECF System. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the CM/ECF System.

/s/ William M. O'Connor
William M. O'Connor – CT02731

5690882