## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Barjan LLC, on behalf of itself and all others similarly situated<br><br>    Plaintiff,<br><br>  vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., AND UNITED COMPONENTS, INC.<br><br>    Defendants. | **Case No. 3:08-cv-00534-JBA**<br><br>(Honorable Janet Bond Arterton)<br><br><br><br><br><br><br><br>May 2, 2008 |

## DEFENDANTS PUROLATOR FILTERS N.A. L.L.C. AND BOSCH U.S.A.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Purolator Filters N.A. L.L.C. and Bosch U.S.A. certify the following information about their corporate parent companies:

Defendant Purolator Filters N.A. L.L.C. is owned by two parent companies, Robert Bosch LLC and Mann + Hummel Inc. Each parent owns 50% of the stock of Purolator Filters N.A. L.L.C.

Robert Bosch LLC has two "members," or parents: Robert Bosch North America Corporation and Robert Bosch Zweite VermoegensverwaltungsgesellschaftmbH.

Dated: May 2, 2008        Respectfully submitted,

By:    /s/ William M. O'Connor

William M. O'Connor (CT02731)
CROWELL & MORING, LLP
153 E. 53rd St., 31st Floor
New York, NY  10022-4611

Daniel Sasse
Jerome A. Murphy
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004

*Attorneys for Defendants*
*Purolator Filters N.A. L.L.C.,*
*& Bosch U.S.A..*

2

**CERTIFICATE OF SERVICE**

William O'Connor, an attorney, hereby certifies that, on May 2, 2008, he electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement using the CM/ECF System. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the CM/ECF System.

/s/ William M. O'Connor
William M. O'Connor – CT02731

5690880