# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Barjan, LLC, on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., AND UNITED COMPONENTS, INC.<br><br>Defendants. | **Case No. 3:08-cv-00534-JBA**<br><br>(Honorable Janet Bond Arterton)<br><br><br><br><br><br><br><br><br><br>May 2, 2008 |

### DEFENDANTS PUROLATOR FILTERS N.A. L.L.C. AND BOSCH U.S.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants Purolator Filters N.A. L.L.C. ("Purolator") and Bosch U.S.A. ("Bosch") hereby move the Court, with the consent of plaintiff, pursuant to the Federal Rules of Civil Procedure and Local Rule 7(b)(1), for an order enlarging the time for Purolator and Bosch to respond to the complaint in this action for 30 days. This motion is not intended to waive any defenses that Purolator or Bosch may have, including, but not limited to, the defenses of insufficiency of the service of process, improper venue, and lack of personal jurisdiction. The grounds for the motion are as follows:

1. On or about April 10, 2008, plaintiff Barjan LLC, filed this action, Docket No. 3:08-cv-00534-JBA against, *inter alia*, Purolator Filters N.A. L.L.C. and Bosch U.S.A. The action alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiff styled the action as a putative class action.

2. As of the date of this motion, several other plaintiffs have filed complaints in this and in other federal districts dealing with the same or similar subject matter to this complaint.

3. Because of the complexity of this matter's procedural posture, Purolator and Bosch hereby move, with plaintiff's consent, to extend the time for Purolator and Bosch to answer or otherwise respond to this complaint for 30 days, without prejudice to Purolator's and Bosch's right to seek additional time to answer or otherwise to respond to the complaint.

4. In accordance with Local Rule 7(b)(3), counsel for Purolator and Bosch conferred with counsel for plaintiff prior to filing this motion and was advised that plaintiff consents to the relief requested.

5. Neither Purolator nor Bosch has previously requested an extension of time to answer or otherwise respond to the complaint.

Dated: May 2, 2008                                   Respectfully submitted,


                                          By:   /s/ William M. O'Connor

                                                William M. O'Connor (CT02731)
                                                CROWELL & MORING, LLP
                                                153 E. 53rd St., 31st Floor
                                                New York, NY  10022-4611

                                                Daniel Sasse
                                                Jerome A. Murphy
                                                CROWELL & MORING, LLP
                                                1001 Pennsylvania Avenue, NW
                                                Washington, DC  20004

                                                *Attorneys for Defendants*
                                                *Purolator Filters N.A. L.L.C.,*
                                                *& Bosch U.S.A..*

3

## CERTIFICATE OF SERVICE

William O'Connor, an attorney, hereby certifies that, on May 2, 2008, he electronically filed the foregoing Unopposed Motion for an Extension of Time to Respond to the Complaint using the CM/ECF System. Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the CM/ECF System.

/s/ William M. O'Connor
William M. O'Connor – CT02731

5690879