UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN LLC, on behalf of itself and all others similarly situated, | : : : |
| Plaintiff, | : Case No.: 3:08-CV-00534 (JBA) : : |
| v. | : : : |
| CHAMPION LABORATORIES, INC., et al., | : : : |
| Defendants. | : May 2, 2008 |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Donaldson Company, Inc.

        **DEFENDANT**
        **DONALDSON COMPANY, INC.**

        /s/ Edward Wood Dunham
        Edward Wood Dunham (ct05429)
        WIGGIN AND DANA LLP
        One Century Tower
        P.O. Box 1832
        New Haven, CT 06508-1832
        (203) 498-4400
        (203) 782-2889 fax
        edunham@wiggin.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ Edward Wood Dunham
      Edward Wood Dunham