UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS,<br>CUMMINS FILTRATION INC.,<br>THE DONALDSON COMPANY,<br>BALDWIN FILTERS INC.,<br>BOSCH U.S.A.,<br>MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC.,<br>UNITED COMPONENTS, INC.<br><br>Defendants. | Case No. 3:08-cv-00534-JBA<br><br>(Honorable Janet Bond Arterton)<br><br><br><br><br><br>May 2, 2008 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Rachel R. Mandel as counsel in this case for defendants Champion Laboratories, Inc. and United Components, Inc.

This appearance is solely for purposes of filing a motion to extend the time for Champion and United Components to answer or otherwise respond to the complaint in this matter and is not intended to waive and does not waive any defenses that Champion or United Components may have to the complaint, including insufficiency of the service of process, improper venue and lack of personal jurisdiction.

Dated: May 2, 2008                            Respectfully submitted,

By: /s/Rachel R. Mandel
    Rachel R. Mandel – CT 26938
    Ben A. Solnit-CT00292
    TYLER COOPER & ALCORN, LLP
    555 Long Wharf Drive, 8th Floor
    New Haven, CT 06509
    Telephone: (203) 784-8200
    Facsimile (203) 777-1181
    Email: bsolnit@tylercooper.com
    Email: rmandel@tylercooper.com


Attorneys for Defendants
Champion Laboratories, Inc. and
United Components, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008 a copy of the foregoing Defendants Champion Laboratories, Inc. and United Components, Inc.'s Notice of Appearance was filed electronically. Notice of this filing will be sent to those who are currently on the list serve to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

s/Rachel R. Mandel
Rachel R. Mandel-CT 26938