## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BARJAN LLC, on behalf of itself and     :
all others similarly situated,     :

                         :     Case No.: 3:08-CV-00534 (JBA)

      Plaintiff,     :

                         :

v.     :

                         :

CHAMPION LABORATORIES, INC.,     :
et al.,     :

                         :

      Defendants.     :     May 2, 2008

## CORPORATE DISCLOSURE STATEMENT

Pursuant to its obligations under Federal Rule of Civil Procedure 7.1, defendant Donaldson Company, Inc. states that it has no parent company and that no publicly held corporation owns 10% or more of Donaldson Company, Inc.'s stock.

**DEFENDANT**
**DONALDSON COMPANY, INC.**

By:     /s/ Erika L. Amarante
            Edward Wood Dunham (ct05429)
            Erika L. Amarante (ct22393)
            WIGGIN AND DANA LLP
            One Century Tower
            P.O. Box 1832
            New Haven, CT 06508-1832
            (203) 498-4400
            (203) 782-2889 fax
            edunham@wiggin.com
            eamarante@wiggin.com

            *Its Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

_/s/ Erika L. Amarante_

Erika L. Amarante