UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN LLC, on behalf of itself and all others similarly situated, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CHAMPION LABORATORIES, INC., : <br> et al., : <br> : <br> Defendants. : | Case No.: 3:08-CV-00534 (JBA) <br><br><br><br><br><br><br><br> May 2, 2008 |

**DEFENDANT DONALDSON COMPANY, INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), defendant Donaldson Company, Inc. respectfully moves for an extension of time of thirty (30) days, up to and including June 9, 2008, to answer or otherwise respond to plaintiff's complaint. In support of this motion, defendant Donaldson Company, Inc. states the following:

1. That defendant Donaldson Company, Inc. has learned from Jennifer L. Giordano, co-counsel for defendant, Champion Laboratories, Inc., that the plaintiff has consented to thirty (30) extensions of time for all defendants;

2. That this is defendant Donaldson Company, Inc.'s first motion for extension of time; and

3. That defendant Donaldson Company, Inc. needs additional time to investigate the business practices alleged in the complaint in order to adequately respond to plaintiff's complaint.

**DEFENDANT
DONALDSON COMPANY, INC.**


By: ___/s/ Erika L. Amarante___
Edward Wood Dunham (ct05429)
Erika L. Amarante (ct22393)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
edunham@wiggin.com
eamarante@wiggin.com

*Its Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, a copy of the foregoing Unopposed Motion for Extension of Time to Respond to the Complaint was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                              /s/ Erika L. Amarante
                                              Erika L. Amarante