UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARJAN, LLC
*o/b/o itself & all others similarly situated,*

       *Plaintiff,*

v.

CHAMPION LABORATORIES, INC.,
ET AL

       *Defendants.*

: CIVIL ACTION NO.3:08cv00534 (JBA)

: MAY 5, 2008

## APPEARANCE

Please enter the appearance of DAVID S. HARDY on behalf of the Defendant, HONEYWELL INTERNATIONAL, INC., in the above-captioned action.

    Respectfully Submitted,
    HONEYWELL INTERNATIONAL, INC.

    By: _____
    David S. Hardy
    Federal Bar No. ct20904
    Carmody & Torrance, LLP
    195 Church Street
    P.O. Box 1950
    New Haven, CT 06509-1950
    Telephone: (203) 777-5501
    Facsimile: (203) 784-3199
    E-mail: dhardy@carmodylaw.com
    Its attorney

{N0788417}

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

## CERTIFICATION

I hereby certify a copy of the foregoing Appearance was filed electronically on the above date. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____
David S. Hardy

{N0788417}                                    2

CARMODY & TORRANCE LLP      195 Church Street
Attorneys at Law                         Post Office Box 1950
                                         New Haven, CT 06509-1950
                                         Telephone: 203 777-5501