UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC<br>*o/b/o itself & all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>CHAMPION LABORATORIES, INC., ET AL<br><br>*Defendants,* | CIVIL DOCKET NO.: 3:08cv00534 (JBA)<br><br><br><br>MAY 5, 2008 |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT HONEYWELL INTERNATIONAL, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant, Honeywell International, Inc. ("Honeywell"), submits the following corporate disclosure statement:

(1) Honeywell has no parent corporation and is a publicly traded corporation; (2) State Street Bank & Trust owns more than 10% of the outstanding stock of Honeywell; (3) State Street Bank & Trust is a wholly-owned and principal subsidiary of State Street Corporation, which is a publicly traded company.

                                                Respectfully Submitted,
                                                HONEYWELL INTERNATIONAL, INC.

                                   By: _____
                                                David S. Hardy
                                                Federal Bar No. ct20904
                                                Carmody & Torrance, LLP
                                                195 Church Street
                                                P.O. Box 1950
                                                New Haven, CT 06509-1950
                                                Telephone: (203) 777-5501
                                                Facsimile: (203) 784-3199
                                                E-mail: dhardy@carmodylaw.com
                                                Its attorney

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law                   Post Office Box 1950
{N0788416}                         New Haven, CT 06509-1950
                                Telephone: 203 777-5501

## CERTIFICATION

I hereby certify a copy of the foregoing was filed electronically on the above date. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____
David S. Hardy