UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC<br>*o/b/o itself & all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>CHAMPION LABORATORIES, INC., ET AL<br><br>*Defendants,* | CIVIL DOCKET NO.: 3:08cv00534 (JBA)<br><br><br>MAY 5, 2008 |

### FIRST MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), defendant, **Honeywell International, Inc.**, moves for a thirty (30) day extension of time, through and including June 9, 2008, within which to answer or otherwise respond to the Complaint filed by the plaintiffs. In support of this motion, the defendant represents as follows:

1. This is the defendant's first motion for extension of time.

2. The defendant represents that it requires additional time to evaluate the Complaint and its response thereto.

3. Counsel for the defendant has inquired of counsel for the plaintiff, who consents to this motion for extension of time.

Respectfully Submitted,
HONEYWELL INTERNATIONAL, INC.

By: _____
David S. Hardy
Federal Bar No. ct20904
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Facsimile: (203) 784-3199
E-mail: dhardy@carmodylaw.com
Its attorney

CARMODY & TORRANCE LLP
Attorneys at Law
{N0788937}
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

## CERTIFICATION

I hereby certify a copy of the foregoing Motion for Extension of Time was filed electronically on the above date. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____
David S. Hardy