# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| Barjan LLC | ) ) ) ) ) |
| Plaintiff, | )) ) |
| v. | ) ) |
| Champion Laboratories, Inc. *et. al.* | ) ) |
| Defendant. | ) ) |

3:08-CV-00534-JBA

## NOTICE OF APPEARANCE

ArvinMeritor, Inc., a Defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person is appearing as counsel of record on behalf of ArvinMeritor, Inc.

> Joseph D. Jean
> Federal Bar No. CT 18707
> Dickstein Shapiro LLP
> 1177 Avenue of the Americas
> New York, NY 10036-2714
> Telephone: (212) 277-6500
> Facsimile: (212) 277-6501
> JeanJ@docksteinshapiro.com

Dated: May 5, 2008                    Respectfully submitted,


                                      /s/ Joseph D. Jean
                                      Joseph D. Jean
                                      Federal Bar No. CT 18707
                                      Dickstein Shapiro LLP
                                      1177 Avenue of the Americas
                                      New York, NY 10036-2714
                                      Telephone: (212) 277-6500
                                      Facsimile: (212) 277-6501
                                      JeanJ@dicksteinshapiro.com
                                      Counsel for Defendant
                                      ArvinMeritor, Inc.

DSMDB-2435935

<u>CERTIFICATE OF SERVICE</u>

I, Sabrina Nelson, hereby certify that I caused the foregoing to be filed and served this 5th day of May, 2008 by the Electronic Court Filing system, where it is available for viewing, and downloading, and also served by U.S. Mail, postage prepaid, upon the following:

Briggs, John DeQ.
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone:  (202) 783-0800
Fax: (202) 318-8594
E-mail:  briggsj@howrey.com
*Counsel for Wix Filtration Corp., LLC*

The Carlyle Group
200 West Madison
Suite 3550
Chicago, IL 60606

Hansel, Gregory P.
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Phone:  (207) 791-3000
Fax:  (207) 791-3111
E-mail:  ghansel@preti.com
*Counsel for T.D.S. Co., Inc. dba TWI Auto Parts & Supplies*

Hassi, Edward
O'MELVENY & MYERS LLP
Time Square Tower
7 Times Square
New York, NY 10036
Phone: (212) 326-4318
Fax: (212) 326-2061
E-mail: ehassi@omm.com
*Counsel for Honeywell International, Inc.*

Kanzer, Alan
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Phone:  (212) 210-9480
Fax:  (212) 210-9444

3

DSMDB-2435935

E-mail:  akanzer@alston.com
*Counsel for Mann + Hummel U.S.A., Inc.*

McKeown, James T.
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Phone:  (414) 297-5530
Fax:  (414) 297-4900
E-mail:  jmckeown@foley.com
*Counsel for The Donaldson Co.*

Murphy, Jerome A.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20262
Phone:  (202) 624-2500
Fax:  (202) 628-5116
E-mail:  jmurphy@crowell.com
*Counsel for Bosch U.S.A. and Purolator Filters N.A., LLC*

Paskin, Michael A.
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Phone:  (212) 474-1760
Fax:  (212) 474-3700
E-mail:  mpaskin@cravath.com
*Counsel for Cummins Filtration, Inc.**

Persky, Bernard
LABATON SUCHAROW LLP
140 Broadway
33rd Floor
New York, NY 10005
Phone:  (212) 907-0700
Fax:  (212) 818-0477
E-mail:  bpersky@labaton.com
*Counsel for T.D.S. Co., Inc. dba TWI Auto Parts & Supplies*

Prescott, Darrell
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 626-4476
Fax: (212) 310-1600
Email: darrell.prescott@bakernet.com
*Counsel for Baldwin Filters, Inc.*

4

DSMDB-2435935

Zwisler, Margaret M.
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004
Phone:  (202) 637-2200
Fax:  (202) 637-2201
E-mail:  margaret.zwisler@lw.com
*Counsel for Champion Laboratories, Inc. and United Components, Inc.*


                                        /s/ Sabrina A. Nelson
                                        Sabrina A Nelson


Dated: May 5, 2008

DSMDB-2435935