IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Barjan LLC | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) 3:08-00534-JBA |
| v. | ) <br> ) |
| Champion Laboratories, Inc. *et. al.* | ) <br> ) |
| Defendant. | ) <br> ) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7(b)(1)(a), Defendant ArvinMeritor, Inc. respectfully requests a 30-day extension, to and including June 9, 2008, within which to file its Answer in the above-captioned case. Counsel for Plaintiff Barjan LLC. has consented to this requested extension. Defendant has not filed any other motions for extension of time in which to file its Answer in this proceeding.

Dated: May 5, 2008                                    Respectfully submitted,

/s/ Joseph D. Jean
Joseph D. Jean
Federal Bar No. CT 18707
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501
JeanJ@dicksteinshapiro.com
Counsel for Defendant
ArvinMeritor, Inc.

CERTIFICATE OF SERVICE

       I, Sabrina Nelson, hereby certify that I caused the foregoing to be filed and served this 5th day of May, 2008 by the Electronic Court Filing system, where it is available for viewing, and downloading, and also served by U.S. Mail, postage prepaid, upon the following:

Briggs, John DeQ.
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 783-0800
Fax: (202) 318-8594
E-mail: briggsj@howrey.com
*Counsel for Wix Filtration Corp., LLC*

The Carlyle Group
200 West Madison
Suite 3550
Chicago, IL 60606

Hansel, Gregory P.
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Phone: (207) 791-3000
Fax: (207) 791-3111
E-mail: ghansel@preti.com
*Counsel for T.D.S. Co., Inc. dba TWI Auto Parts & Supplies*

Hassi, Edward
O'MELVENY & MYERS LLP
Time Square Tower
7 Times Square
New York, NY 10036
Phone: (212) 326-4318
Fax: (212) 326-2061
E-mail: ehassi@omm.com
*Counsel for Honeywell International, Inc.*

Kanzer, Alan
ALSTON & BIRD LLP

90 Park Avenue
New York, NY 10016
Phone:  (212) 210-9480
Fax:  (212) 210-9444
E-mail:  akanzer@alston.com
*Counsel for Mann + Hummel U.S.A., Inc.*

McKeown, James T.
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Phone:  (414) 297-5530
Fax:  (414) 297-4900
E-mail:  jmckeown@foley.com
*Counsel for The Donaldson Co.*

Murphy, Jerome A.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20262
Phone:  (202) 624-2500
Fax:  (202) 628-5116
E-mail:  jmurphy@crowell.com
*Counsel for Bosch U.S.A. and Purolator Filters N.A., LLC*

Paskin, Michael A.
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Phone:  (212) 474-1760
Fax:  (212) 474-3700
E-mail:  mpaskin@cravath.com
*Counsel for Cummins Filtration, Inc.\**

Persky, Bernard
LABATON SUCHAROW LLP
140 Broadway
33rd Floor
New York, NY 10005
Phone:  (212) 907-0700
Fax:  (212) 818-0477
E-mail:  bpersky@labaton.com
*Counsel for T.D.S. Co., Inc. dba TWI Auto Parts & Supplies*

Prescott, Darrell
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 626-4476
Fax: (212) 310-1600
Email: darrell.prescott@bakernet.com
*Counsel for Baldwin Filters, Inc.*

Zwisler, Margaret M.
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004
Phone:  (202) 637-2200
Fax:  (202) 637-2201
E-mail:  margaret.zwisler@lw.com
*Counsel for Champion Laboratories, Inc. and United Components, Inc.*


                                        /s/ Sabrina A. Nelson
                                        Sabrina A Nelson


Dated: May 5, 2008