# United States District Court
## DISTRICT OF CONNECTICUT

BARJAN, LLC, on behalf of itself
and all others similarly situated,

       Plaintiffs,

       v

CHAMPION LABORATORIES, INC.,
PUROLATOR FILTERS N.A. L.L.C., HONEYWELL
INTERNATIONAL, INC., WIX FILTRATION
PRODUCTS, CUMMINS FILTRATION INC., THE
DONALDSON COMPANY, BALDWIN FILTERS,
INC., BOSCH U.S.A., MANN + HUMMEL U.S.A.,
INC., ARVINMERITOR, INC. and UNITED
COMPONENTS, INC.

       Defendants.

## APPEARANCE

CASE NUMBER: 3:08cv00534-JBA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Wix Filtration Corp LLC

May 5, 2008
Date

_[signature]_
Signature

David L. Belt   (ct04274)
Print Name

350 Orange Street/P.O. Box 606
Address

New Haven,   Connecticut   06503
City   State   Zip Code

(203) 772-3100   (203)772-1691
Phone Number   Facsimile Number

email: dbelt@jacobslaw.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

this 5th day of May 2008

                                                      _____
                                                         David L. Belt