UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL, INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.<br><br>Defendants. | Civil Action No. 3:08-cv-00534-JBA<br><br><br><br><br><br>May 5, 2008 |

**CONSENTED TO INITIAL MOTION OF FOR EXTENSION OF TIME OF DEFENDANT WIX FILTRATION CORP LLC**

Pursuant to Fed. R. Civ. P. 6(b) and District of Connecticut Local Civil Rule 7(b), Defendant Wix Filtration Corp LLC ("Wix") moves for an initial extension of time of thirty (30) days to June 9, 2008 in which to serve its answer or motion in response to the Complaint, and states the following:

1. The Plaintiff filed its Complaint on April 10, 2008, and subsequently served Wix on April 18, 2008.

2. This is Wix's first request for an extension of time regarding this deadline.

3. Wix and its counsel require additional time to investigate the allegations set forth in the Complaint and prepare a response thereto.

4. Accordingly, Wix, with Plaintiff's consent, now asks this Court to grant a thirty (30) day extension of time through and including June 9, 2008 to respond to Plaintiff's Complaint.

5. Wix contacted counsel for Plaintiff regarding this motion and Plaintiff has consented to this extension.

WHEREFORE, for the foregoing reasons, Defendant Wix, with consent of the Plaintiff, respectfully requests that this Motion for Extension of Time be granted.

DEFENDANT
WIX FILTRATION CORP LLC

By _____
David L. Belt (ct04274)
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 Orange Street
New Haven, CT 06503
Phone:(203) 772-3100
Fax:(203) 772-1691
dbelt@jacobslaw.com

John DeQ. Briggs
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: (202) 783-0800
Fax: (202) 318-8574
briggsj@howrey.com

*Counsel for Defendant Wix Filtration Corp LLC*

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2008, a copy of the foregoing **Consented to Initial Motion for Extension of Time** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

_____
David L. Belt