# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC<br>*o/b/o itself & all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>CHAMPION LABORATORIES, INC.,<br>ET AL<br>*Defendants.* | : CIVIL ACTION NO.<br>: 3:08cv00534 (JBA)<br>:<br>:<br>:<br>:<br>: MAY 7, 2008<br>:<br>:<br>:<br>: |

## **APPEARANCE**

Please enter the appearance of JAMES K. ROBERTSON, JR. on behalf of the Defendant, HONEYWELL INTERNATIONAL, INC., in the above-captioned action.

Respectfully Submitted,
HONEYWELL INTERNATIONAL, INC.

By: _____
James K. Robertson
Federal Bar No. ct05301
Carmody & Torrance, LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600
E-mail: jrobertson@carmodylaw.com
Its attorney

{N0788420}

## CERTIFICATION

I hereby certify a copy of the foregoing Appearance was filed electronically on the above date. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

James K. Robertson, Jr.

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law   Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200