**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:08-CV-00534 (JBA) |
| VS. | : | |
| | : | |
| CHAMPION LABORATORIES, INC., | : | |
| PUROLATOR FILTERS N.A. L.L.C., | : | |
| HONEYWELL INTERNATIONAL INC., | : | |
| WIX FILTRATION PRODUCTS, CUMMINS | : | |
| FILTRATION INC., THE DONALDSON | : | |
| COMPANY, BALDWIN FILTERS INC., | : | |
| BOSCH U.S.A., MANN + HUMMEL U.S.A., | : | |
| INC., ARVINMERITOR, INC., and UNITED | : | |
| COMPONENTS, INC. | : | MAY 7, 2008 |

**DEFENDANT MANN + HUMMEL U.S.A., INC.'S**
**MOTION FOR ADMISSION**
**OF ATTORNEY AMBER WESSELS PRO HAC VICE**

The undersigned attorney for Defendant Mann + Hummel U.S.A., Inc. ("Mann + Hummel"),

respectfully moves this Court, pursuant to Local Rule 83.1 of the Local Civil Rules of the United

States District Court for the District of Connecticut, for the admission of Attorney Amber Wessels as

visiting lawyer to represent Mann + Hummel in the above-captioned action, and in support of this

motion states:

     1.     Attorney Wessels' office address, phone number, fax number, and e-mail are:

     Amber Wessels
     Alston & Bird, LLP
     90 Park Avenue
     New York, NY 10016
     (212) 910-9594 – phone
     (212) 210-9444 – fax
     Amber.Wessels@alston.com

2.      Attorney Wessels is a member in good standing of the bar of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

3.      Attorney Wessels has not been denied admission or disciplined by this Court or any other Court.

4.      The purpose of this Motion is to make it possible for Attorney Wessels to represent Mann + Hummel with respect to the subject matter of the above-captioned litigation.

5.      The granting of this Motion will not require modification of any scheduling order pursuant to Fed. R. Civ. P. 16(b) or any deadlines in this case established by the standing order on scheduling on civil cases.

6.      The undersigned counsel, David A. Ball, Esq., as well as Stewart I. Edelstein, Esq., of Cohen and Wolf, P. C., 1115 Broad Street, Bridgeport, Connecticut, 06604, and/or other attorneys of Cohen and Wolf, P. C. who have appeared or who may appear herein, shall serve as local counsel for Mann + Hummel upon whom service of all papers may be made in accordance with Local Rule 83.1

7.      The payment of the prescribed amount to the Clerk of this Court ($25.00) is submitted herewith.

8.      An Affidavit as required by Local Rule 83.1 of the Local Civil Rules of the United States District Court for the District of Connecticut is attached.

WHEREFORE, Defendant Mann + Hummel U.S.A., Inc. moves for Attorney Amber Wessels to be admitted as a visiting lawyer and granted permission to represent Mann + Hummel in this action as counsel pro hac vice.

DEFENDANT,
MANN + HUMMEL U.S.A., INC.

By _____
David A. Ball, Esq.
Federal Bar No. ct.10154
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tele:  (203) 368-0211
Fax:  (203) 394-9901
Email: dball@cohenandwolf.com

Alan Kanzer, Esq.
Alston & Bird LLP
90 Park Ave.
New York, NY 10016
Tele:  (212) 210-9480
Fax:  (212) 922-3980
Email:  Alan.Kanzer@alston.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:08-CV-00534 (JBA) |
| VS. | : | |
| | : | |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | : : : : : : : : : | |

## AFFIDAVIT OF ATTORNEY AMBER WESSELS

STATE OF NEW YORK      )
                      ) ss:
COUNTY OF *New York*   )

I, Amber Wessels, of full age and being duly sworn according to law, upon my oath depose and say:

1.     I submit this Affidavit to the Court in support of the Motion for Admission Pro Hac Vice filed by Defendant Mann + Hummel U.S.A., Inc. in this case.

2.     My office address, phone number, fax number, and e-mail are:

> Amber Wessels
> Alston & Bird LLP
> 90 Park Avenue
> New York, NY 10016
> (212) 910-9594 – phone
> (212) 210-9444 – fax
> Amber.Wessels@alston.com

3.    I am a member in good standing of the bar of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4.    I have not been denied admission or disciplined by this Court or any other Court.

5.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Amber Wessels, Esq.

Sworn and subscribed to before me, this 5th day of May, 2008.

_____
Notary Public
My Commission Expires

AUDREY C. JACKSON
Notary Public, State of New York
No. 31-4980961
Qualified in New York County
Commission Expires April 29, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, a copy of Defendant Mann + Hummel U.S.A., Inc.'s

Motion for Admission of Attorney Amber Wessels Pro Hac Vice dated May 7, 2008, was mailed via

First Class Mail, postage prepaid, to the following:

Bernard Persky, Esq.
Labaton Sucharow LLP-NY
140 Broadway, 33rd Floor
New York, NY 10005

Doug Dubitsky, Esq.
Updike, Kelly & Spellacy, PC
One State Street
P. O. Box 231277
Hartford, CT  06123

Gregory Asciolla, Esq.
Labaton Sucharow LLP
140 Broadway, 33rd Floor
New York, NY 10005

Kerry R. Callahan
Updike, Kelly & Spellacy, P. C.
One State Street
P. O. Box 231277
Hartford, CT  06123

Benjamin A. Solnit, Esq.
Tyler, Cooper & Alcorn, LLP
555 Long Wharf Drive
P. O. Box 1936
New Haven, CT  06509

Rachel Reingold Mandel, Esq.
Tyler, Cooper & Alcorn, LLP
555 Long Wharf Drive
P. O. Box 1936
New Haven, CT  06509

William M. O'Connor, Esq.
Crowell & Moring LLP
153 E 53rd Street
New York, NY  10022

David S. Hardy, Esq.
Carmody & Torrance
195 Church Street
P. O. Box 1950
New Haven, CT  06509

David L. Belt, Esq.
Jacobs, Grudberg, Belt, Dow & Katz, P. C.
350 Orange Street
P. O. Box 606
New Haven, CT  06503

Edward Wood Dunham, Esq.
Wiggin & Dana
265 Church Street
P. O. Box 1832
New Haven, CT  06508

Erika L. Amarante, Esq.
Wiggin & Dana
265 Church Street
P. O. Box 1832
New Haven, CT  06508

Francis H. Morrison, III, Esq.
Axinn, Veltrop & Harkrider
90 State House Square
Hartford, CT  06103

Maria Eleni Kokiasmenos, Esq.
Axinn, Veltrop & Harkrider
90 State House Square
Hartford, CT  06103

Joseph D. Jean, Esq.
Dickstein Shapiro, LLP
1177 Avenue of the Americas
New York, NY  20036


_____
David A. Ball, Esq.