UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARJAN, LLC, on behalf of itself and<br>all others similarly situated, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:08-CV-00534 (JBA) |
| VS. | : | |
| | : | |
| CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS, CUMMINS<br>FILTRATION INC., THE DONALDSON<br>COMPANY, BALDWIN FILTERS INC.,<br>BOSCH U.S.A., MANN + HUMMEL U.S.A.,<br>INC., ARVINMERITOR, INC., and UNITED<br>COMPONENTS, INC. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br><br><br><br>MAY 7, 2008 |

**DEFENDANT MANN + HUMMEL U.S.A., INC.'S
MOTION FOR ADMISSION
OF ATTORNEY ALAN KANZER PRO HAC VICE**

The undersigned attorney for Defendant Mann + Hummel U.S.A., Inc. ("Mann + Hummel"), respectfully moves this Court, pursuant to Local Rule 83.1 of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Alan Kanzer as visiting lawyer to represent Mann + Hummel in the above-captioned action, and in support of this motion states:

1. Attorney Kanzer's office address, phone number, fax number, and e-mail are:

    Alan Kanzer
    Alston & Bird LLP
    90 Park Avenue
    New York, NY 10016
    (212) 910-9480 – phone
    (212) 210-3980 – fax
    Alan.Kanzer@alston.com

2. Attorney Kanzer is a member in good standing of the bar of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second and D.C. Circuits, and the United States Supreme Court.

3. Attorney Kanzer has not been denied admission or disciplined by this Court or any other Court.

4. The purpose of this Motion is to make it possible for Attorney Kanzer to represent Mann + Hummel with respect to the subject matter of the above-captioned litigation.

5. The granting of this Motion will not require modification of any scheduling order pursuant to Fed. R. Civ. P. 16(b) or any deadlines in this case established by the standing order on scheduling on civil cases.

6. The undersigned counsel, David A. Ball, Esq., as well as Stewart I. Edelstein, Esq., of Cohen and Wolf, P. C., 1115 Broad Street, Bridgeport, Connecticut, 06604, and/or other attorneys of Cohen and Wolf, P. C. who have appeared or who may appear herein, shall serve as local counsel for Mann + Hummel upon whom service of all papers may be made in accordance with Local Rule 83.1

7. The payment of the prescribed amount to the Clerk of this Court ($25.00) is submitted herewith.

8. An Affidavit as required by Local Rule 83.1 of the Local Civil Rules of the United States District Court for the District of Connecticut is attached.

WHEREFORE, Defendant Mann + Hummel U.S.A., Inc. moves for Attorney Alan Kanzer to be admitted as a visiting lawyer and granted permission to represent Mann + Hummel in this action as counsel pro hac vice.

DEFENDANT,
MANN + HUMMEL U.S.A., INC.

By _____
David A. Ball, Esq.
Federal Bar No. ct.10154
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tele: (203) 368-0211
Fax: (203) 394-9901
Email: dball@cohenandwolf.com

Alan Kanzer, Esq.
Alston & Bird LLP
90 Park Ave.
New York, NY 10016
Tele: (212) 210-9480
Fax: (212) 922-3980
Email: Alan.Kanzer@alston.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, : <br> : <br> VS. : <br> : <br> CHAMPION LABORATORIES, INC., : <br> PUROLATOR FILTERS N.A. L.L.C., : <br> HONEYWELL INTERNATIONAL INC., : <br> WIX FILTRATION PRODUCTS, CUMMINS : <br> FILTRATION INC., THE DONALDSON : <br> COMPANY, BALDWIN FILTERS INC., : <br> BOSCH U.S.A., MANN + HUMMEL U.S.A., : <br> INC., ARVINMERITOR, INC., and UNITED : <br> COMPONENTS, INC. : | CIVIL ACTION NO. <br><br> 3:08-CV-00534 (JBA) |

### AFFIDAVIT OF ATTORNEY ALAN KANZER

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF  New York )

I, Alan Kanzer, of full age and being duly sworn according to law, upon my oath depose and say:

1. I submit this Affidavit to the Court in support of the Motion for Admission Pro Hac Vice filed by Defendant Mann + Hummel U.S.A., Inc. in this case.

2. My office address, phone number, fax number, and e-mail are:

> Alan Kanzer
> Alston & Bird LLP
> 90 Park Avenue
> New York, NY 10016
> (212) 910-9480 – phone
> (212) 210-3980 – fax
> Alan.Kanzer@alston.com

3. I am a member in good standing of the bar of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second and D.C. Circuits, and the United States Supreme Court.

4. I have not been denied admission or disciplined by this Court or any other Court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Alan Kanzer, Esq.

Sworn and subscribed to before me, this 5th day of May, 2008.

_____
Notary Public
My Commission Expires:
AUDREY C. JACKSON
Notary Public, State of New York
No. 31-4980961
Qualified in New York County
Commission Expires April 29, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, a copy of Defendant Mann + Hummel U.S.A., Inc.'s Motion for Admission of Attorney Alan Kanzer Pro Hac Vice dated May 7, 2008, was mailed via First Class Mail, postage prepaid, to the following:

| | |
|---|---|
| Bernard Persky, Esq.<br>Labaton Sucharow LLP-NY<br>140 Broadway, 33rd Floor<br>New York, NY 10005 | Doug Dubitsky, Esq.<br>Updike, Kelly & Spellacy, PC<br>One State Street<br>P. O. Box 231277<br>Hartford, CT 06123 |
| Gregory Asciolla, Esq.<br>Labaton Sucharow LLP<br>140 Broadway, 33rd Floor<br>New York, NY 10005 | Kerry R. Callahan<br>Updike, Kelly & Spellacy, P. C.<br>One State Street<br>P. O. Box 231277<br>Hartford, CT 06123 |
| Benjamin A. Solnit, Esq.<br>Tyler, Cooper & Alcorn, LLP<br>555 Long Wharf Drive<br>P. O. Box 1936<br>New Haven, CT 06509 | Rachel Reingold Mandel, Esq.<br>Tyler, Cooper & Alcorn, LLP<br>555 Long Wharf Drive<br>P. O. Box 1936<br>New Haven, CT 06509 |
| William M. O'Connor, Esq.<br>Crowell & Moring LLP<br>153 E 53rd Street<br>New York, NY 10022 | David S. Hardy, Esq.<br>Carmody & Torrance<br>195 Church Street<br>P. O. Box 1950<br>New Haven, CT 06509 |
| David L. Belt, Esq.<br>Jacobs, Grudberg, Belt, Dow & Katz, P. C.<br>350 Orange Street<br>P. O. Box 606<br>New Haven, CT 06503 | Edward Wood Dunham, Esq.<br>Wiggin & Dana<br>265 Church Street<br>P. O. Box 1832<br>New Haven, CT 06508 |
| Erika L. Amarante, Esq.<br>Wiggin & Dana<br>265 Church Street<br>P. O. Box 1832<br>New Haven, CT 06508 | Francis H. Morrison, III, Esq.<br>Axinn, Veltrop & Harkrider<br>90 State House Square<br>Hartford, CT 06103 |

4

| | |
|---|---|
| Maria Eleni Kokiasmenos, Esq.<br>Axinn, Veltrop & Harkrider<br>90 State House Square<br>Hartford, CT  06103 | Joseph D. Jean, Esq.<br>Dickstein Shapiro, LLP<br>1177 Avenue of the Americas<br>New York, NY  20036 |

_____
David A. Ball, Esq.

5