UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, | : <br> : <br> : CIVIL ACTION NO. |
| Plaintiff, | : <br> : 3:08-CV-00534 (JBA) |
| vs. | : <br> : |
| CHAMPION LABORATORIES, INC., ET AL. | : MAY 8, 2008 <br> : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendant Cummins Filtration Inc. in the above-captioned action.

    /s/ Kenneth W. Ritt
Kenneth W. Ritt (ct05982)
Day Pitney LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
(203) 977-7300
(203) 977-7301 (fax)
kwritt@daypitney.com

-2-

## **CERTIFICATION**

      I hereby certify that on May 8, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/ Kenneth W. Ritt
                              Kenneth W. Ritt