## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, | :<br>:<br>: CIVIL ACTION NO. |
| Plaintiff, | :<br>: 3:08-CV-00534 (JBA) |
| vs. | :<br>: |
| CHAMPION LABORATORIES, INC., ET AL. | : MAY 8, 2008<br>: |
| Defendants. | : |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Cummins Filtration Inc. hereby states that Cummins Inc. is its parent corporation and owns more than 10% of its stock.

-2-

**DEFENDANT
CUMMINS FILTRATION INC.**


By   /s/ Kenneth W. Ritt
      Thomas D. Goldberg (ct04396)
      Kenneth W. Ritt (ct05982)
      Day Pitney LLP
      One Canterbury Green
      Stamford, Connecticut 06901-2047
      (203) 977-7300
      (203) 977-7301 (fax)
      tdgoldberg@daypitney.com
      kwritt@daypitney.com
      Its Attorneys

      Of Counsel:

      Francis P. Barron
      Michael A. Paskin
      Cravath, Swaine & Moore LLP
      Worldwide Plaza
      825 Eighth Avenue
      New York, New York 10019-7475
      (212) 474-10000
      (212) 474-3700 (fax)

-3-

## **CERTIFICATION**

      I hereby certify that on May 8, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                /s/ Kenneth W. Ritt
                Kenneth W. Ritt