# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, | : | |
| | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 3:08-CV-00534 (JBA) |
| vs. | : | |
| | : | |
| CHAMPION LABORATORIES, INC., ET AL. | : | MAY 8, 2008 |
| | : | |
| Defendants. | : | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Cummins Filtration Inc. hereby moves to extend the time to file an answer, move or otherwise respond to the Complaint by thirty (30) days to and including June 9, 2008.

Defendant Cummins Filtration Inc. needs the additional time in order to review the allegations of the Complaint and properly prepare an answer, motion or other responsive pleading.

Defendant Cummins Filtration Inc. has inquired of opposing counsel, and opposing counsel has given his agreement to the motion.

This is the first motion for extension of time filed by defendant Cummins Filtration Inc. with respect to this limitation.

**DEFENDANT**
**CUMMINS FILTRATION INC.**


By    /s/ Kenneth W. Ritt
       Thomas D. Goldberg (ct04396)
       Kenneth W. Ritt (ct05982)
       Day Pitney LLP
       One Canterbury Green
       Stamford, Connecticut 06901-2047
       (203) 977-7300
       (203) 977-7301 (fax)
       tdgoldberg@daypitney.com
       kwritt@daypitney.com
       Its Attorneys


       Of Counsel:

       Francis P. Barron
       Michael A. Paskin
       Cravath, Swaine & Moore LLP
       Worldwide Plaza
       825 Eighth Avenue
       New York, New York 10019-7475
       (212) 474-10000
       (212) 474-3700 (fax)

## **CERTIFICATION**

I hereby certify that on May 8, 2008, a copy of the foregoing Motion For Extension Of Time was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

   /s/ Kenneth W. Ritt
        Kenneth W. Ritt