## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, | : : : | CIVIL ACTION NO. 3:08-CV-00534 (JBA) |
| VS. | : : | |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. and THE CARLYLE GROUP | : : : : : : : : : | MAY 14, 2008 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

     Please enter my appearance in the above captioned case as counsel for Defendant Mann + Hummel U.S.A., Inc.  I certify that I am admitted to practice in this court.


                                By:   /s/ Rachel A. Pencu
                                    Rachel A. Pencu, Esq.
                                    Federal Bar No. ct26623
                                    Cohen and Wolf, P.C.
                                    1115 Broad Street
                                    Bridgeport, CT  06604
                                    Tele:  (203) 368-0211
                                    Fax:   (203) 394-9901
                                    E-mail: rpencu@cohenandwolf.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2008, a copy of the Appearance of Rachel A. Pencu, Esq. for Defendant Mann + Hummel U.S.A., Inc. dated May 14, 2008, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

    /s/ Rachel A. Pencu
    Rachel A. Pencu