UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, | CIVIL ACTION NO. |
| VS. | 3:08-CV-00534 (JBA) |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | MAY 13, 2008 |

**DEFENDANT MANN + HUMMEL U.S.A., INC.'S
MOTION FOR ADMISSION
OF ATTORNEY ADAM J. BIEGEL PRO HAC VICE**

The undersigned attorney for Defendant Mann + Hummel U.S.A., Inc. ("Mann + Hummel"), respectfully moves this Court, pursuant to Local Rule 83.1 of the Local Civil Rules of the United States District Court for the District of Connecticut, for the admission of Attorney Adam J. Biegel as visiting lawyer to represent Mann + Hummel in the above-captioned action, and in support of this motion states:

1. Attorney Biegel's office address, phone number, fax number, and e-mail are:

> Adam J. Biegel
> Alston & Bird LLP
> One Atlantic Center
> 1201 W. Peachtree Street
> Atlanta, GA  30309-3424
> (404) 881-4692 - phone
> (404) 253-8490 - fax
> adam.biegel@alston.com

2. Attorney Biegel is a member in good standing of the bar of the State of Georgia, the United States District Court for the Northern District of Georgia, the United States Court of Appeals for the Tenth and Eleventh Circuits, and the United States Supreme Court.

3. Attorney Biegel has not been denied admission or disciplined by this Court or any other Court.

4. The purpose of this Motion is to make it possible for Attorney Biegel to represent Mann + Hummel with respect to the subject matter of the above-captioned litigation.

5. The granting of this Motion will not require modification of any scheduling order pursuant to Fed. R. Civ. P. 16(b) or any deadlines in this case established by the standing order on scheduling on civil cases.

6. The undersigned counsel, David A. Ball, Esq., as well as Stewart I. Edelstein, Esq., of Cohen and Wolf, P. C., 1115 Broad Street, Bridgeport, Connecticut, 06604, and/or other attorneys of Cohen and Wolf, P. C. who have appeared or who may appear herein, shall serve as local counsel for Mann + Hummel upon whom service of all papers may be made in accordance with Local Rule 83.1

7. The payment of the prescribed amount to the Clerk of this Court ($25.00) is submitted herewith.

8. An Affidavit as required by Local Rule 83.1 of the Local Civil Rules of the United States District Court for the District of Connecticut is attached.

WHEREFORE, Defendant Mann + Hummel U.S.A., Inc. moves for Attorney Adam J. Biegel to be admitted as a visiting lawyer and granted permission to represent Mann + Hummel in this action as counsel pro hac vice.

DEFENDANT,
MANN + HUMMEL U.S.A., INC.

By _____
David A. Ball, Esq.
Federal Bar No. ct.10154
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tele:  (203) 368-0211
Fax:  (203) 394-9901
Email: dball@cohenandwolf.com

Alan Kanzer, Esq.
Amber Wessels, Esq.
Alston & Bird LLP
90 Park Ave.
New York, NY 10016
Tele:  (212) 210-9480
Fax:  (212) 922-3980
Email:  Alan.Kanzer@alston.com
Email:  Amber.Wessels@alston.com

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated, | : CIVIL ACTION NO. |
| | : |
| VS. | : 3:08-CV-00534 (JBA) |
| | : |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | : |

## AFFIDAVIT OF ATTORNEY ADAM J. BIEGEL

STATE OF GEORGIA      )
                                            ) ss:
COUNTY OF FULTON   )

I, Adam J. Biegel, of full age and being duly sworn according to law, upon my oath depose and say:

1. I submit this Affidavit to the Court in support of the Motion for Admission Pro Hac Vice filed by Defendant Mann + Hummel U.S.A., Inc. in this case.

2. My office address, phone number, fax number, and e-mail are:

>Adam J. Biegel
>Alston & Bird LLP
>One Atlantic Center
>1201 W. Peachtree Street
>Atlanta, GA  30309-3424
>(404) 881-4692 - phone
>(404) 253-8490 - fax
>adam.biegel@alston.com

3. I am a member in good standing of the bar of the State of Georgia, the United States District Court for the Northern District of Georgia, the United States Court of Appeals for the Tenth and Eleventh Circuits, and the United States Supreme Court.

4. I have not been denied admission or disciplined by this Court or any other Court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Adam J. Biegel, Esq.

Sworn and subscribed to before me, this 9th day of May, 2008.

_____
Notary Public
My Commission Expires:

[Notary Seal: SUSAN HOFFMAN, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, EXPIRES MARCH 2, 2011]

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2008, a copy of Defendant Mann + Hummel U.S.A., Inc.'s Motion for Admission of Attorney Adam J. Biegel Pro Hac Vice dated May 13, 2008, was mailed via First Class Mail, postage prepaid, to the following:

Bernard Persky, Esq.
Labaton Sucharow LLP-NY
140 Broadway, 33rd Floor
New York, NY 10005

Gregory Asciolla, Esq.
Labaton Sucharow LLP
140 Broadway, 33rd Floor
New York, NY 10005

Benjamin A. Solnit, Esq.
Tyler, Cooper & Alcorn, LLP
555 Long Wharf Drive
P. O. Box 1936
New Haven, CT 06509

William M. O'Connor, Esq.
Crowell & Moring LLP
153 E 53rd Street
New York, NY 10022

David L. Belt, Esq.
Jacobs, Grudberg, Belt, Dow & Katz, P. C.
350 Orange Street
P. O. Box 606
New Haven, CT 06503

Erika L. Amarante, Esq.
Wiggin & Dana
265 Church Street
P. O. Box 1832
New Haven, CT 06508

Doug Dubitsky, Esq.
Updike, Kelly & Spellacy, PC
One State Street
P. O. Box 231277
Hartford, CT 06123

Kerry R. Callahan
Updike, Kelly & Spellacy, P. C.
One State Street
P. O. Box 231277
Hartford, CT 06123

Rachel Reingold Mandel, Esq.
Tyler, Cooper & Alcorn, LLP
555 Long Wharf Drive
P. O. Box 1936
New Haven, CT 06509

David S. Hardy, Esq.
Carmody & Torrance
195 Church Street
P. O. Box 1950
New Haven, CT 06509

Edward Wood Dunham, Esq.
Wiggin & Dana
265 Church Street
P. O. Box 1832
New Haven, CT 06508

Francis H. Morrison, III, Esq.
Axinn, Veltrop & Harkrider
90 State House Square
Hartford, CT 06103

4

Maria Eleni Kokiasmenos, Esq.
Axinn, Veltrop & Harkrider
90 State House Square
Hartford, CT  06103

James K. Robertson, Jr., Esq.
Carmody & Torrance
50 Leavenworth Street
Waterbury, CT  06721

Thomas D. Goldberg, Esq.
Day Pitney LP
One Canterbury Green
Stamford, CT  06901

Joseph D. Jean, Esq.
Dickstein Shapiro, LLP
1177 Avenue of the Americas
New York, NY  20036

Kenneth W. Ritt, Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT  06901

David A. Ball, Esq.

5