# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on<br>behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC., WIX<br>FILTRATION PRODUCTS, CUMMINS<br>FILTRATION INC., THE DONALDSON<br>COMPANY, BALDWIN FILTERS INC., BOSCH<br>U.S.A., MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC., and UNITED<br>COMPONENTS, INC.,<br>Defendants. | Civil Action No.<br>3:08cv00534-JBA<br><br>MAY 13, 2008 |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF ATTORNEY HOLLIS L. SALZMAN

Doug Dubitsky, on behalf of Plaintiff, Barjan, LLC, hereby moves the Court for an order,

pursuant to Rule 83.l(d) of the Local Rules of Civil Procedure of the United States District Court for

the District of Connecticut, permitting Attorney Hollis L. Salzman to represent Plaintiff, Barjan,

LLC, before this Court in this matter.

## ORAL ARGUMENT IS REQUESTED

514474

Attorney Salzman practices law with the law firm of Labaton Sucharow LLP located at 140 Broadway, 33rd Floor, New York, NY 10005. Attorney Salzman is a member in good standing of the Bars of the State of New York, New Jersey and Florida.  Attorney Salzman has never been denied admission or disciplined by this Court or any other court.  Granting this Motion will not require any modification to the scheduling order in this action.  In support of this Motion, Plaintiff, Barjan, LLC, submits the attached Affidavits of Doug Dubitsky and Hollis L. Salzman.

Respectfully submitted,
THE PLAINTIFF,
Barjan, LLC

By: _____
    DOUG DUBITSKY, ESQ.
    Fed. Bar. No. ct21558
    Updike, Kelly & Spellacy, P.C.
    P.O. Box 231277
    One State Street
    Hartford, CT 06123-1277
    Tel. (860) 548-2600
    Fax (860) 548-2680
    ddubitsky@uks.com

514474

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on<br>behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC., WIX<br>FILTRATION PRODUCTS, CUMMINS<br>FILTRATION INC., THE DONALDSON<br>COMPANY, BALDWIN FILTERS INC., BOSCH<br>U.S.A., MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC., and UNITED<br>COMPONENTS, INC.,<br>                              Defendants. | Civil Action No.<br>3:08cv00534-JBA<br><br><br>MAY 13, 2008 |

# AFFIDAVIT OF DOUG DUBITSKY
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
## OF ATTORNEY HOLLIS L. SALZMAN

STATE OF CONNECTICUT        :
                                             :    SS.   HARTFORD MAY 13, 2008
COUNTY OF HARTFORD          :

     I, DOUG DUBITSKY, being duly sworn, depose and say:

1.    I am over the age of eighteen (18) years and understand the obligation of an oath.

514474

2.    I am the attorney representing the Plaintiff, Barjan, LLC, in this matter.  I practice with the law firm of Updike, Kelly & Spellacy, P.C. One State Street, Hartford, CT 06123, and am a member in good standing of the Bar of the Superior Court of the State of Connecticut and the Bar of the United States District Court for the District of Connecticut.

3.    I make this Affidavit in support of Plaintiff's Motion for Admission of Hollis L. Salzman *Pro Hac Vice* for purposes of the instant case only.

4.    Attorney Salzman practices law with the law firm of Labaton Sucharow LLP located at 140 Broadway, 33rd Floor, New York, NY 10005.

5.    Attorney Salzman is a member in good standing of the Bars of the State of New York, New Jersey and Florida. Attorney Salzman is also admitted to practice before the United States District Courts for the Southern and Middle Districts of Florida, the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Eleventh Circuit.

6.    Attorney Salzman has never been denied admission or disciplined by this or any other Court.

514474

7.    Plaintiff Barjan, LLC has asked that Updike, Kelly & Spellacy, P.C. work with Labaton

Sucharow LLP on the defense of this matter and we will continue to do so.


DOUG DUBITSKY

Subscribed and sworn to before me
this 13 day of May, 2008.

Notary Public
My Commission Expires:

514474

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARJAN, LLC, on<br>behalf of itself and all others similarly situated, | : | Civil Action No.<br>3:08cv00534-JBA |
| Plaintiff, | : | |
| | : | |
| CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC., WIX<br>FILTRATION PRODUCTS, CUMMINS<br>FILTRATION INC., THE DONALDSON<br>COMPANY, BALDWIN FILTERS INC., BOSCH<br>U.S.A., MANN + HUMMEL U.S.A., INC.,<br>ARVINMERITOR, INC., and UNITED<br>COMPONENTS, INC., | : | MAY 9, 2008 |
| Defendants. | : | |

## AFFIDAVIT OF HOLLIS L. SALZMAN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF NEW YORK      :

                        :    SS. MAY 9, 2008

COUNTY OF NEW YORK      :


I, HOLLIS L. SALZMAN, being duly sworn, depose and say:

1.      I am over the age of eighteen (18) years and understand the obligation of an oath.

2.      I am an associate in the firm of Labaton Sucharow LLP located at 140 Broadway, 33rd Floor, New York, NY 10005.  My telephone number is (212) 907-0717; my facsimile number is (212) 883-7017; and my email address is: hsalzman@labaton.com

3.      I am one of the attorneys for Barjan, LLC in the above-referenced matter and make this Affidavit in support of the Plaintiff's Motion for Admission *Pro Hac Vice* for purposes of the instant case only.

4.      I am a member of the Bars of the State of New York, New Jersey and Florida. I am also admitted to practice before the United States District Courts for the Southern and Middle Districts of Florida, the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Eleventh Circuit.

5.      I do not have a grievance pending against me in this or any other jurisdiction. I have never been reprimanded, suspended, placed on inactive status, disbarred or ever resigned from the practice of law.  I have never been denied admission or disciplined by this or any other Court.

6.      I am a graduate of Boston University and Nova University School of Law.

7.      I have reviewed and am familiar with Rules of the United States District Court for the District of Connecticut.

8.      The Plaintiff, Barjan, LLC, has asked Attorney Doug Dubitsky of the law firm of Updike, Kelly & Spellacy, P.C. to work with me on the defense of this matter and he has stated that

he is willing to do so. I have asked Attorney Dubitsky to be my sponsoring lawyer in this matter and

he has stated that he is willing to do so.

HOLLIS L. SALZMAN

Subscribed and sworn to before me
this 9th day of May, 2008.

_Wilma E. Rivera_
Notary Public
My Commission Expires:

WILMA E. RIVERA
Notary Public, State of New York
No. 01RI4985716
Qualified in Queens County
Commission Expires August 26, 20___

3