## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed postage-prepaid this 13th day of May, 2008 to the following counsel of record:

SEE ATTACHED SCHEDULE A

By: _____
        Doug Dubitsky, Esq.

## SCHEDULE A

Benjamin A. Solnit, Esq.
Tyler Cooper & Alcorn LLP
555 Long Wharf Drive
8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Phone: 203.784-8205
Fax: 203.777-1181
E-mail: bsolnit@tylercooper.com
Web site: http://www.tylercooper.com/

Rachel Reingold Mandel, Esq.
Tyler Cooper & Alcorn LLP
555 Long Wharf Drive
8th Floor
P.O. Box 1936
New Haven, CT 06509-0906
Phone: 203.784-8441
Fax: 203.777-1181
E-mail: rmandel@tylercooper.com
Web site: http://www.tylercooper.com/

Francis H. Morrison III, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
11th Floor
Hartford, CT 06103-3704
Phone: 860.275-8155
Fax: 860.275.8101
E-mail: fhm@avhlaw.com

Maria E. Kokiasmenos, Esq.
Axinn, Veltrop & Harkrider LLP
90 State House Square
11th Floor
Hartford, CT 06103-3704
Phone: 860.275-8133
Fax: 860.275.8101
E-mail: mek@avhlaw.com

William M. O'Connor, Esq.
Crowell & Moring
153 East 53rd Street,
31st Floor
New York, NY 10022-4611
Phone: 212.895.4259
Fax: 212.223.4134
E-mail: woconnor@crowell.com

Edward Wood Dunham, Esq.
Wiggin and Dana
One Century Tower
P.O. Box 1832
265 Church Street
New Haven, CT 06508-1832
Phone: 203.498.4327
Fax: 203.782.2889
E-mail: edunham@wiggin.com
Website: http://www.wiggin.com/

Erika L. Amarante, Esq.
Wiggin and Dana
One Century Tower
P.O. Box 1832
265 Church Street
New Haven, CT 06508-1832
Phone: 203.498.4493
Fax: 203.782.2889
E-mail: eamarante@wiggin.com
Web site: http://www.wiggin.com

Stewart I. Edelstein, Esq.
Cohen and Wolf
1115 Broad Street
Bridgeport, CT 06604
Phone: 203.337.4144
Fax: 203. 337.5544
E-mail: sedelstein@cohenandwolf.com
Web site: http://www.cohenandwolf.com

514530

David A. Ball, Esq.
Cohen and Wolf
1115 Broad Street
Bridgeport, CT  06604
Phone: 203. 368.0211
Fax:  203. 337.5534
E-mail: dball@cohenandwolf.com
Web site: http://www.cohenandwolf.com

David S. Hardy
Carmody & Torrence – New Haven
195 Church Street, 18th Floor
PO Box 1950
New Haven, CT 06509-1950
Phone:  203.784.3119
Fax:  203.784.31999
Email:  dhardy@carmodylaw.com

David L. Belt
Jacobs, Grudberg, Belt, Dow & Katz, PC
350 Orange Street
PO Box 606
New Haven, CT  06503-0606
Phone:  203.772.3100
Fax:  203-772-1691
Email:  dbelt@jacoblaw.com

Kenneth W. "Ken" Ritt, Esq.
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Phone:  203. 977 7318
Fax:  203. 977 7301
E-mail:  kwritt@daypitney.com

Joseph D. Jean, Esq.
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY
10036-2714
Phone:  212.277-6753
Fax:  212.277-6501
E-mail:  jeanj@dicksteinshapiro.com
Web site:  http://www.dicksteinshapiro.com

James K. Robertson, Jr.
Carmody & Torrence
50 Leavenworth Street
PO Box 1110
Waterbury, CT  06721-1110
Phone:  203.575.2636
Email:  jrobertson@carmodylaw.com

Thomas D. "Tom" Goldberg, Esq.
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Phone:  203. 977 7383
Fax:  203. 977 7301
E-mail:  tdgoldberg@daypitney.com

514530