UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARJAN, LLC, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC.<br><br>        Defendants. | Case No.: 3:08-cv-00534 (JBA)<br><br>May 16, 2008 |

**PLAINTIFF BARJAN, LLC'S CORPORATE DISCLOSURES**
**PURSUANT TO ORDER RE: DISCLOSURE STATEMENT**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the District of Connecticut's Order re: Disclosure Statement, counsel for Plaintiff Barjan, LLC ("Barjan") submits the following description of its corporate relationships:

514714

1. The parent company of Barjan is MCP Holdings III, Inc. ("MCP Holdings III"). Approximately 86% of MCP Holdings III, Inc. is owned by Monomoy Capital Partners, L.P., which is a private equity fund. No public company owns 10% or more of the stock of Barjan or MCP Holdings III.

Dated: May 16, 2008                         Respectfully submitted,
                                            THE PLAINTIFF


                                            _____/s/ Doug Dubitsky_____
                                            Kerry R. Callahan (ct06569)
                                            Doug Dubitsky (ct21558)
                                            UPDIKE, KELLY & SPELLACY, P.C.
                                            One State Street
                                            P.O. Box 231277
                                            Hartford, CT 06123-1277
                                            Telephone: (860) 548-2643
                                            Facsimile: (860) 548-6043


                                            Joseph C. Kohn
                                            William E. Hoese
                                            Douglas A. Abrahams
                                            KOHN, SWIFT & GRAF, P.C.
                                            One South Broad Street, Suite 2100
                                            Philadelphia, PA 19107-3304
                                            Telephone: (215) 238-1700
                                            Facsimile: (215) 238-1968

                                            Attorneys for Plaintiff

514714

Of Counsel:

Bernard Persky
Hollis L. Salzman
Eric J. Belfi
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

514714

**CERTIFICATION OF SERVICE**

     I hereby certify that on May 16, 2008, a copy of the foregoing Corporate Disclosure was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing, and as listed below. Parties may access this filing through the court's CM/ECF system.

                                                        ____/s/ Doug Dubitsky_____
                                                        Doug Dubitsky (ct21558)
                                                        UPDIKE, KELLY AND SPELLACY, P.C.
                                                        One State Street/Suite 2400
                                                        Hartford, CT 06123-1277
                                                        Telephone: (860) 548-2600
                                                        Facsimile: (860) 548-2680

514714