UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARJAN LLC, on behalf of itself and
all others similarly situated,

    Plaintiff,

v.

CHAMPION LABORATORIES, INC.,
et al.,

    Defendants.

Case No.: 3:08-CV-00534 (JBA)

May 15, 2008

## MOTION TO PERMIT JAMES T. McKEOWN TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), defendant Donaldson Company, Inc. ("Donaldson") by and through its counsel, Erika L. Amarante, hereby moves this Court to permit James T. McKeown to appear *pro hac vice* in this action on behalf of Donaldson. In support of this motion, Donaldson submits the affidavit of James T. McKeown, and states as follows:

1. Attorney Erika L. Amarante, a partner with the law firm Wiggin and Dana LLP, has appeared on behalf of Donaldson in this action, and is a member in good standing of the bar of this Court.

2. Attorney James T. McKeown is a partner at Foley & Lardner LLP, 777 East Wisconsin Avenue, Milwaukee, Wisconsin 53202, telephone: (414) 271-2400, fax: (414) 297-4900, e-mail: jmckeown@foley.com. Mr. McKeown is a member in good standing of the bar of Wisconsin since 1984 and in the following jurisdictions: the United States District Court for the Eastern District of Wisconsin since 1985, Western District of Wisconsin since 1988; the United States District Court for the Eastern District of Michigan since 1987, the Western District of Michigan since 1998; the United States District Court for the Central District of Illinois since 2000; the United States District Court for the District of Columbia since 2008; the United States

Court of Appeals for the Second Circuit since 2006, the Sixth Circuit since 1987, the Seventh Circuit since 1985; and the United States Supreme Court since 1993. There are no disciplinary proceedings pending against Mr. McKeown in any jurisdiction.

3. Mr. McKeown is familiar with the Local Rules of the United States District Court for the District of Connecticut.

4. Mr. McKeown and the law firm of Foley & Lardner LLP have particular expertise in commercial civil litigation and have represented numerous business organizations, including the defendant Donaldson in the events giving rise to this dispute.

**WHEREFORE**, the defendant Donaldson requests that this Court grant James T. McKeown permission to appear *pro hac vice* in this matter.

Respectfully Submitted,

**DEFENDANT
DONALDSON COMPANY, INC.**

By: _____
Edward Wood Dunham (ct05429)
Erika L. Amarante (ct22393)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
edunham@wiggin.com
eamarante@wiggin.com

*Its Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

_____
Erika L. Amarante

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARJAN LLC, on behalf of itself and
all others similarly situated,

  Plaintiff,

v.

CHAMPION LABORATORIES, INC.,
et al.,

  Defendants.

Case No.: 3:08-CV-00534 (JBA)

May 14, 2008

**AFFIDAVIT OF JAMES T. McKEOWN IN SUPPORT OF
MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE***

JAMES T. McKEOWN, being duly sworn, states:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit. I respectfully apply for this Court's permission for me to appear *pro hac vice* as attorney for the defendant Donaldson Company, Inc.

2. I am a partner with the law firm of Foley & Lardner LLP, 777 East Wisconsin Avenue, Milwaukee, Wisconsin 53202, telephone: (414) 271-2400, fax: (414) 297-4900, e-mail: jmckeown@foley.com.

3. I have been a member in good standing of the bar of the State of Wisconsin since 1984. I am also a member in good standing in the following jurisdictions: the United States District Court for the Eastern District of Wisconsin since 1985, Western District of Wisconsin since 1988; the United States District Court for the Eastern District of Michigan since 1987, the Western District of Michigan since 1998; the United States District Court for the Central District of Illinois since 2000; the United States District Court for the District of Columbia since 2008;

the United States Court of Appeals for the Second Circuit since 2006, the Sixth Circuit since 1987, the Seventh Circuit since 1985; and the United States Supreme Court since 1993.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have never been denied admission to the United States District Court of Connecticut or any other Court in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

_____
James T. McKeown

Subscribed and sworn to before me this 14th day of May, 2008.

_____
Notary Public State of Wisconsin
My Commission Expires: