**STEPHEN P. DONNELLY**
State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

### SUPPLEMENTAL RETURN

Docket No:  3:08-cv-00534-JBA

Barjan, LLC on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                     ) ss:  Westbrook    May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7007 1490 0004 3732 8232 for the above captioned civil matter, addressed to:  **The Secretary, Mann & Hummel USA, Inc.**, 6400 S. Sprinkle Road, Portage, MI  49002-9706, was returned to me.  It was signed by Marjorie Paulin on April 21, 2008.

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

Attest:

UpdikeKellySupplement

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

534

1. Article Addressed to:

The Secretary
Mann + Hummel USA Inc
6400 S. Sprinkle Rd
Portage, MI 49002-9706

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Marjorie Paulin    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Marjorie Paulin                   4/21/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)     7007 1490 0004 3732 8232

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540