## STEPHEN P. DONNELLY

State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

### SUPPLEMENTAL RETURN

Docket No:   3:08-cv-00534-JBA

Barjan, LLC on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                     ) ss:  Westbrook   May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7007 1490 0004 3732 8263 for the above captioned civil matter, addressed to: **The Secretary, Champion Laboratories, Inc.**, 200 South Fourth Street, Albion, IL  62806, was returned to me.  It was signed by T. Keiner(?).

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

Attest:

*[signature]*

UpdikeKellySupplement

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.    534

1. Article Addressed to:

   The Secretary
   Champion Laboratories Inc
   200 South Forth St.
   Albion, IL 62806

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* J. Kei___
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 1490 0004 3732 8263

PS Form 3811, February 2004