## STEPHEN P. DONNELLY

State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

### SUPPLEMENTAL RETURN

Docket No:   3:08-cv-00534-JBA

Barjan, LLC on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                     ) ss:  Westbrook   May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7007 1490 0004 3732 8195 for the above captioned civil matter, addressed to:  **The Secretary, Purolator Filters NA, LLC**, 3200 Natal Street, Fayetteville, NC  28306-2845, was returned to me.  It was signed by Roy Matthews on April 21, 2008.

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

Attest:

UpdikeKellySupplement

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.   534

1. Article Addressed to:

   The Secretary
   Purolator Filters NA LLC
   3200 Natal Street
   Fayetteville, NC
        28306-2845

2. Article Number
   (Transfer from service label)      7007 1490 0004 3732 8195

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Roy Matthews      ☑ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Roy Matthews                   4-21-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540