**STEPHEN P. DONNELLY**
State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

**SUPPLEMENTAL RETURN**

Docket No: 3:08-cv-00534-JBA

Barjan, LLC on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                     ) ss:  Westbrook   May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7007 1490 0004 3732 8188 for the above captioned civil matter, addressed to: **The Secretary, WIX Filtration, Corp, LLC,** One Wix Way, Gastonia, NC 28054, was returned to me.  It was signed by Robin Brackett, on April 22, 2008.

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

Attest:

_[signature]_
Stephen P. Donnelly

UpdikeKellySupplemen

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.  534

1. Article Addressed to:

   The Secretary
   WIX Filtration Corp LLC
   One WIX Way
   Gastonia, NC 28054

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Robin Brackett_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Robin Brackett

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)   7007 1490 0004 3732 8188