## STEPHEN P. DONNELLY
State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

### SUPPLEMENTAL RETURN

Docket No:  3:08-cv-00534-JBA

Barjan, LLC on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                     ) ss:  Westbrook   May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7007 1490 0004 3732 8256 for the above captioned civil matter, addressed to: **The Secretary, Arvinmeritor**, 2135 W. Maple Road, Troy, MI 48084-7121, was returned to me.  It was signed by Maurice Bounds on April 22, 2008.

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

Attest:

Stephen P. Donnelly

UpdikeKellySupplement

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.  534

1. Article Addressed to:
   The Secretary
   ArvinMeritor
   2135 W Maple Road
   Troy, MI 48084-7121

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Maurice Bounds   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  4-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 1490 0004 3732 8256