**STEPHEN P. DONNELLY**
State Marshal, Middlesex County
P. O. Box 623
Westbrook, CT 06498
Cell Phone 860-227-3571

**SUPPLEMENTAL RETURN**

Docket No:  3:08-cv-00534-JBA

Barjan, LLC on behalf of itself and all others similarly situated
VS.
Champion Laboratories, Inc. et al

STATE  OF CONNECTICUT)
                    ) ss: Westbrook   May 2, 2008
COUNTY  OF  MIDDLESEX)

The attached Domestic Return Receipt, #7007 1490 0004 3732 8225 for the above captioned civil matter, addressed to: **The Secretary, Bosch USA, Robert Bosch, LLC.**, 38000 Hills Tech Drive, Farmington Hills, MI  48331, was returned to me, unopened and unsigned.  The reason given by the post office for not delivering it was:  Refused.

The within is the Domestic Return Receipt for this matter with my doings hereon endorsed.

Attest:

Stephen P. Donnelly
State Marshal
Middlesex County


UpdikeKellySupplementals4