IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| S&E QUICK LUBE DISTRIBUTORS INC., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS NA LLC; HONEYWELL INTL INC.; WIX FILTRATION PROD.; CUMMINS FILTRATION INC.; DONALDSON CO.; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA INC.; ARVINMERITOR INC.; UNITED COMPONENTS INC.; and THE CARLYLE GROUP,<br><br>Defendants.<br>_____/ | Case No. 3:08-cv-00475-JBA |
| T.D.S. CO. INC. d/b/a TWI AUTO PARTS & SUPPLIES, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS NA LLC; HONEYWELL INTL INC.; WIX FILTRATION PROD.; CUMMINS FILTRATION INC.; DONALDSON CO.; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA INC.; ARVINMERITOR INC.; UNITED COMPONENTS INC.; and JOHN DOES I-X,<br><br>Defendants.<br>_____/ | Case No. 3:08-cv-00528-JBA |

| | |
|---|---|
| BARJAN LLC, on Behalf of Themselves and All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS NA LLC; HONEYWELL INTL INC.; WIX FILTRATION PROD.; CUMMINS FILTRATION INC.; DONALDSON CO.; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA INC.; ARVINMERITOR INC.; UNITED COMPONENTS INC.; and JOHN DOES I-X,<br><br>                        Defendants. | Case No. 3:08-cv-00534-JBA |
| WARD'S AUTO PAINTING AND BODY WORKS INC., on Behalf of Themselves and All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS NA LLC; HONEYWELL INTL INC.; WIX FILTRATION PROD.; CUMMINS FILTRATION INC.; DONALDSON CO.; BALDWIN FILTERS INC.; BOSCH USA; MANN + HUMMEL USA INC.; ARVINMERITOR INC.; UNITED COMPONENTS INC.; and JOHN DOES I-X,<br><br>                        Defendants. | Case No. 3:08-cv-00660-JBA |

|  |  |
|---|---|
| THE PARTS PLUS GROUP, INC., on behalf of itself and all others similarly situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS NA LLC; HONEYWELL INTL INC.; WIX FILTRATION PRODUCTS; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A. INC.; ARVINMERITOR INC.; and UNITED COMPONENTS INC.,<br><br>                     Defendants. / | Case No. 3:08-cv-00637-JBA |

## STIPULATION AND PROPOSED CONSENT ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINTS

WHEREAS plaintiffs S&E Quick Lube Distributors Inc., T.D.S Company, Inc., d/b/a TWI Auto Parts & Supplies, Barjan LLC, Ward's Auto Painting and Body Works Inc., and The Parts Plus Group, Inc. (the "Plaintiffs") have filed the above-captioned cases ("Plaintiffs' Actions");

WHEREAS Plaintiffs allege antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., United Components, Inc., Purolator Filters N.A. L.L.C., Bosch U.S.A., Mann + Hummel U.S.A., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp. LLC, Cummins Filtration Inc., Donaldson Company, Inc., and Baldwin Filters, Inc. (the "Defendants");

3

WHEREAS at least fourteen complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

WHEREAS two motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

WHEREAS Plaintiffs anticipate the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court (the "MDL Order");

WHEREAS Plaintiffs and Defendants (the "Parties") have agreed that an orderly schedule for any response to the complaints in Plaintiffs' Actions would be more efficient for the Parties and for the Court;

WHEREAS Plaintiffs agree that the deadline for the Defendants to answer, move, or otherwise respond to the complaints in the Plaintiffs' Actions shall be extended until the earliest of the following dates: (1) thirty days after the filing of a Consolidated Complaint in the Filters Cases ("Response Date"); or (2) thirty days after Plaintiffs provide written notice to Defendants that Plaintiffs do not intend to file a Consolidated Complaint, *provided, however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond in any of the Filters Cases prior to the Response Date, then that Defendant shall respond to all of the complaints in the Plaintiffs' Actions by that earlier date; and

WHEREAS Plaintiffs further agree that this extension is available, without further stipulation with counsel for Plaintiffs, to all Defendants who notify Plaintiffs in writing of their intention to join this Stipulation.

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The time for Defendants to answer, move, or otherwise respond to the complaints in the Plaintiffs' Actions shall be extended until the earliest of the following dates: (1) the Response Date; or (2) thirty days after Plaintiffs provide written notice to Defendants that Plaintiffs do not intend to file a Consolidated Complaint, *provided, however*, that in the event that any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise respond in any Filters Case prior to the Response Date, then that Defendant shall respond to all of the complaints in the Plaintiffs' Actions by that earlier date.

2. The provisions of this Stipulation are available, without further stipulation with counsel for Plaintiffs, to all Defendants who notify Plaintiffs in writing of their intention to join this Stipulation.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 14, 2008 | Respectfully submitted, |

/s/ Ben A. Solnit
Benjamin A. Solnit (ct00292)
Rachel Reingold Mandel
TYLER, COOPER & ALCORN, LLP
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509-0906
Telephone: 203-784-8205
Fax: 203-777-1181

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington DC 20004-1304
Telephone: 202-637-1092
Fax: 202-637-2201

*Counsel for Defendants Champion Labs., Inc. and United Components Inc.*

/s/ William M. O'Connor
William M. O'Connor (ct02731)
CROWELL & MORING LLP
153 E. 53rd St., 31st Fl.
New York, NY 10022
Telephone: 212-895-4200
Fax: 212-895-4201

Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-624-2500
Fax: 202-628-5116

*Counsel for Purolator Filters N.A. L.L.C. and Robert Bosch LLC*

/s/ Doug Dubitsky
Kerry R. Callahan (ct06569)
Doug Dubitsky (ct21558)
UPDIKE, KELLY & SPELLACY, P.C.
One State St.
PO Box 231277
Hartford, CT 06123-1277
Telephone: 860-548-2643
Fax: 860-548-6043

Bernard Persky
Hollis L. Salzman
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiffs*

Greg P. Hansel
Patrick N. Strawbridge
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
One City Center
Portland, ME 04112-9546
Telephone: 207-791-3000
Fax: 207-791-3111

*Counsel for Plaintiff T.D.S. Co. Inc., TWI Auto Parts & Supplies*

/s/ David S. Hardy
David S. Hardy  (ct20904)
CARMODY & TORRANCE
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509-1950
Telephone: 203-784-3119
Fax: 203-784-3199

James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street, Po Box 1110
Waterbury, CT 06721-1110
Telephone: 203-575-2636

Richard G. Parker
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  202-383-5300

Edward Hassi
Gerald A. Stein
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036
Telephone:  212-326-2000

*Counsel for Honeywell International Inc.*

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: 215-238-1700
Fax: 215-238-1968

*Counsel for Plaintiff Barjan LLC*

Joseph G. Sauder
Benjamin F. Johns
Alison R. Gabe
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: 610-642-8500
Fax: 610-649-3633

*Counsel for Plaintiff Ward's Auto Painting and Body Works Inc.*

/s/ David L. Belt
David L. Belt (ct04274)
Trisha M. Morris
JACOBS, GRUDBERG, BELT, DOW &
KATZ, P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503-0606
Telephone: 203-772-3100
Fax: 203-772-1691

John DeQ. Briggs
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-783-0800
Fax: 202-318-8574

*Counsel for Wix Filtration Products*

/s/ Kenneth W. Ritt
Kenneth W. Ritt (ct05982)
Thomas D. Goldberg
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901-2047
Telephone: 203-977-7300

Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Fax: 212-474-3700

*Counsel for Cummins Filtration Inc.*

Christopher Hayes, Esq.
225 South Church Street
West Chester, PA 19382
Telephone: 610-431-9505
Fax: 610-431-1269

*Counsel for Plaintiff Ward's Auto Painting and Body Works Inc.*

Scott P. Archer, Esq.
150 North Street
Canton, GA 30114
Telephone: 770-956-1400

*Counsel for Plaintiff Ward's Auto Painting and Body Works Inc.*

Gerald J. Rodos
Jeffrey B. Gittleman
Lisa M. Lamb
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Telephone: 215-963-0600
Fax: 215-963-0838

*Counsel for Plaintiff The Parts Plus Group, Inc.*

/s/ Edward Wood Dunham
Edward Wood Dunham (ct05429)
Erika L. Amarante
WIGGIN & DANA
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
Telephone: 203-498-4400
Fax: 203-782-2889

James T. McKeown
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414-297-5530
Fax: 414-297-4900

*Counsel for Donaldson Company, Inc.*


/s/ Francis H. Morrison, III
Francis H. Morrison, III  (ct04200)
Maria Eleni Kokiasmenos
Michelle H. Seagull
AXINN, VELTROP & HARKRIDER
90 State House Square
Hartford, CT 06103-3702
Telephone: 860-275-8100
Fax: 860-275-8101

Darrell Prescott
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-626-4100
Fax: 212-310-1600

*Counsel for Baldwin Filters Inc.*

/s/ David A. Ball
David A. Ball (ct10154)
Stewart I. Edelstein
COHEN & WOLF, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
Telephone: 203-368-0211

Alan Kanzer
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-210-9400
Fax: 212-210-9444

*Counsel for Mann + Hummel USA, Inc.*

/s/ Joseph D. Jean
Joseph D. Jean (ct18707)
DICKSTEIN SHAPIRO, LLP
1177 Avenue of the Americas
New York, NY 20036
Telephone: 212-277-6753
Fax: 917-432-7517

Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel: 202-420-2200
Fax: 202-420-2201

*Counsel for ArvinMeritor Inc.*

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT to conserve party and judicial resources and in light of the proceedings currently pending before the Judicial Panel on Multidistrict Litigation to consolidate and transfer all pending Filters Cases to one Court, this extension is available in all related actions (filed before or transferred to the undersigned) to any defendant that provides written notice to all Plaintiffs' of its intention to join this extension, without further stipulation with counsel for Plaintiffs in the related actions.


Dated:  May __, 2008

                                                       JANET BOND ARTERTON
                                                     United States District Judge