S&E QUICK LUBE DISTRIBUTORS, INC., on
behalf of itself and all others similarly situated,

Plaintiff,

vs.

CHAMPION LABORATORIES, INC.,
PUROLATOR FILTERS N.A. L.L.C.,
HONEYWELL INTERNATIONAL INC., WIX
FILTRATION PRODUCTS, CUMMINS
FILTRATION INC., THE DONALDSON
COMPANY, BALDWIN FILTERS INC., BOSCH
U.S.A., MANN + HUMMEL U.S.A., INC.,
ARVINMERITOR, INC., UNITED COMPONENTS,
INC. and THE CARLYLE GROUP,

Defendants.

Docket No.: 3:08-cv-00475-JBA

515369

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

T.D.S. Company, Inc., d/b/a TWI Auto Parts &
Supplies, on behalf of itself and all others
similarly situated,

      Plaintiff,

      vs.

CHAMPION LABORATORIES, INC.,
PUROLATOR FILTERS N.A. L.L.C.,                              3:08 CV 00528 (JBA)
HONEYWELL INTERNATIONAL INC.,
WIX FILTRATION PRODUCTS, CUMMINS
FILTRATION INC., THE DONALDSON
COMPANY, BALDWIN FILTERS INC.,
BOSCH U.S.A., MANN + HUMMEL U.S.A.,
INC., ARVINMERITOR, INC.  and UNITED
COMPONENTS, INC.
                  Defendants.

515369

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BARJAN, LLC, on behalf of itself and all
others similarly situated,

       Plaintiff,

vs.

CHAMPION LABORATORIES, INC.,
PUROLATOR FILTERS N.A. L.L.C.,
HONEYWELL INTERNATIONAL INC.,
WIX FILTRATION PRODUCTS, CUMMINS
FILTRATION INC., THE DONALDSON
COMPANY, BALDWIN FILTERS INC.,
BOSCH U.S.A., MANN + HUMMEL U.S.A.,
INC., ARVINMERITOR, INC. and UNITED
COMPONENTS, INC.

               Defendants.

3:08 CV 00534 (JBA)

515369

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

THE PARTS PLUS GROUP, INC., on behalf
of itself and all others similarly situated,

      Plaintiff,

    vs.

CHAMPION LABORATORIES, INC.,
PUROLATOR FILTERS N.A. L.L.C.,
HONEYWELL INTERNATIONAL INC.,            3:08 CV 00637 (JBA)
WIX FILTRATION PRODUCTS, CUMMINS
FILTRATION INC., THE DONALDSON
COMPANY, BALDWIN FILTERS INC.,
BOSCH U.S.A., MANN + HUMMEL U.S.A.,
INC., ARVINMERITOR, INC. and UNITED
COMPONENTS, INC.
                  Defendants.

515369

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

WARD'S AUTO PAINTING & BODY
WORKS, INC., on behalf of itself and all others
similarly situated,

      Plaintiff,

         vs.

CHAMPION LABORATORIES, INC.,
PUROLATOR FILTERS N.A. L.L.C.,               3:08 CV 00729 (JBA)
HONEYWELL INTERNATIONAL INC.,
WIX FILTRATION PRODUCTS, CUMMINS
FILTRATION INC., THE DONALDSON
COMPANY, BALDWIN FILTERS INC.,
BOSCH U.S.A., MANN + HUMMEL U.S.A.,
INC., ARVINMERITOR, INC. and UNITED
COMPONENTS, INC.

         Defendants.

## PLAINTIFFS' NOTICE OF COMPLIANCE
## WITH PRETRIAL ORDER

The Plaintiffs, S&E Quick Lube Distributors, Inc., T.D.S. Company, Inc. d/b/a TWI Auto

Parts & Supplies, Barjan, LLC, The Parts Plus Group, Inc. and Ward's Auto Painting and Body

515369

Works, Inc., on behalf of themselves and all others similarly situated, hereby provide notice that they

have complied with Hon. Janet Bond Arterton's order, issued from the bench during the telephonic

status conference of May 16, 2008, that the Plaintiffs file a Revised Proposed Consolidation Order in

the above-entitled cases.

May 22, 2008

Respectfully Submitted,
THE PLAINTIFFS,


  /s/ Doug Dubitsky
Doug Dubitsky (ct21558)
Kerry R. Callahan (ct06569)
UPDIKE, KELLY & SPELLACY, P.C.
One State Street, 24th Floor
Hartford, CT 06103
Telephone: (860) 548-2600
Fax: (860) 548-2680

Bernard Persky
Hollis L. Salzman
Eric J. Belfi
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

515369

*Counsel for S&E Quick Lube Distributors. Inc.*

Gregory P. Hansel
Patrick N. Strawbridge (ct425250)
Preti Flaherty Beliveau & Pachios LLP
One City Center
PO Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
Fax:  (207) 791-3111

*Counsel for Plaintiff T.D.S. Company, Inc.,*
*d/b/a TWI Auto Parts & Supplies*

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN SWIFT & GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Fax: (215) 238-1968

*Counsel for Plaintiff Barjan, LLC*

Gerald J. Rodos
Jeffrey B. Gittleman
Lisa M. Lamb
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Telephone: (215) 963-0600
Fax: (215) 963-0838

515369

*Counsel for Plaintiff The Parts Plus Group, Inc.*

CHIMICLES & TIKELLIS LLP
Joseph G. Sauder (PA ID 82467)
Benjamin F. Johns (PA ID 201373)
Alison R. Gabe (PA ID 203669)
361 West Lancaster Avenue
Haverford, PA 19041
Tel:    610-642-8500
Fax:    610-649-3633

Christopher Hayes (PA ID 57253)
225 South Church Street
West Chester, PA  19382
610-431-9505 (phone)
610-431-1269 (fax)

Scott P. Archer (GA Bar ID 021317)
150 North Street
Canton, GA 30114
770-956-1400

*Counsel for Plaintiff Ward's Auto Painting &
Body Works, Inc.*

515369

## CERTIFICATION OF SERVICE

I hereby certify that on May 22, 2008, a copy of the foregoing Notice of Compliance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing, and as listed below.  Parties may access this filing through the court's CM/ECF system.

_____/s/ Doug Dubitsky_____
Doug Dubitsky (ct21558)
UPDIKE, KELLY AND SPELLACY, P.C.
One State Street/Suite 2400
Hartford, CT 06123-1277
Telephone: (860) 548-2600
Facsimile: (860) 548-2680

515369