CLOSED, EFILE, MEMBER

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:08−cv−00534−JBA

| | |
|---|---|
| Barjan LLC v. Champion Laboratories, Inc. et al | Date Filed: 04/10/2008 |
| Assigned to: Judge Janet Bond Arterton | Date Terminated: 05/30/2008 |
| Lead case: 3:08−cv−00475−JBA | Jury Demand: Plaintiff |
| Member cases: | Nature of Suit: 410 Anti−Trust |
|   3:08−cv−00528−JBA | Jurisdiction: Federal Question |
|   3:08−cv−00534−JBA | |
|   3:08−cv−00637−JBA | |
|   3:08−cv−00660−JBA | |
|   3:08−cv−00600−JBA | |
|   3:08−cv−00711−JBA | |
|   3:08−cv−00722−JBA | |
|   3:08−cv−00729−JBA | |
|   3:08−cv−00797−JBA | |
|   3:08−cv−00901−JBA | |
|   3:08−cv−00911−JBA | |
|   3:08−cv−01120−JBA | |
|   3:08−cv−00718−JBA | |
|   3:08−cv−00770−JBA | |
|   3:08−cv−00912−JBA | |
|   3:08−cv−00988−JBA | |

Cause: 15:1 Antitrust Litigation

**Plaintiff**

| | | |
|---|---|---|
| **Barjan LLC** | represented by | **Bernard Persky** |
| *o/b/o itself &all others similarly situated* | | Labaton Sucharow LLP−NY |
| | | 140 Broadway, 33rd Floor |
| | | New York, NY 10005 |
| | | 212−907−0868 |
| | | Fax: 212−883−7068 |
| | | Email: bpersky@labaton.com |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Doug Dubitsky** |
| | | Updike, Kelly &Spellacy, PC−Htfd |
| | | One State St., PO Box 231277 |
| | | Hartford, CT 06123−1277 |
| | | 860−548−2643 |
| | | Fax: 860−548−6043 |
| | | Email: ddubitsky@uks.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Gregory Asciolla**
Labaton Sucharow LLP–NY
140 Broadway, 33rd Floor
New York, NY 10005
212–907–0827
Fax: 212–883–7527
Email: gasciolla@labaton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hollis L. Salzman**
Labaton Sucharow LLP–NY
140 Broadway, 33rd Floor
New York, NY 10005
212–907–0700
Fax: 212–818–0477
Email: hsalzman@labaton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kerry R. Callahan**
Updike, Kelly &Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123–1277
860–548–2600
Email: krcallahan@uks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Champion Laboratories, Inc.** represented by **Benjamin A. Solnit**
Tyler, Cooper &Alcorn , LLP– NH
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509–0906
203–784–8205
Fax: 203–777–1181
Email: solnit@tylercooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Reingold Mandel**
Littler Mendelson, P.C.– NH, CT
One Century Tower, Suite 300
265 Church Street
New Haven, CT 06510
203–974–8716
Fax: 203–907–1940
Email: rmandel@littler.com

*TERMINATED: 07/15/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Purolator Filters NA LLC**    represented by    **William M. O'Connor**
Crowell &Moring LLP – NY
153 E. 53rd St., 31st Fl.
New York, NY 10022
212–895–4200
Fax: 212–895–4201
Email: woconnor@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell Intl Inc**    represented by    **David S. Hardy**
Carmody &Torrance – New Haven
195 Church St. 18th floor
PO Box 1950
New Haven, CT 06509–1950
203–784–3119
Fax: 203–784–3199
Email: dhardy@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James K. Robertson, Jr.**
Carmody &Torrance
50 Leavenworth St., Po Box 1110
Waterbury, CT 06721–1110
203–575–2636
Email: jrobertson@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wix Filtration Prod**    represented by    **David L. Belt**
Jacobs, Grudberg, Belt, Dow &Katz, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503–0606
203–772–3100
Fax: 203–772–1691
Email: dbelt@jacobslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John DeQ. Briggs**
Howrey, LLP–DC
1299 Pennsylvania. Avenue, NW
Washington, DC 20004
202–383–7015
Fax: 202–318–8594

Email: briggsj@howrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cummins Filtration Inc**             represented by  **Kenneth W. Ritt**
Day Pitney LLP−Stmfd−CT
One Canterbury Green
Stamford, CT 06901−2047
203−977−7300
Email: kwritt@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas D. Goldberg**
Day Pitney LLP−Stmfd−CT
One Canterbury Green
Stamford, CT 06901−2047
203−977−7383
Fax: 203−977−7301
Email: tdgoldberg@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donaldson Co**             represented by  **Edward Wood Dunham**
Wiggin &Dana
265 Church Street P.O. Box 1832
New Haven, CT 06508−1832
203−498−4400
Fax: 203−782−2889
Email: edunham@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erika L. Amarante**
Wiggin &Dana
265 Church Street P.O. Box 1832
New Haven, CT 06508−1832
203−498−4493
Email: eamarante@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James T. McKeown**
Foley &Lardner, LLP−WI
Firstar Center
777 East Wisconsin Avenue
Suite 3800
Milwaukee, WI 53202
414−271−2400
Fax: 414−297−4900

        Email: jmckeown@foley.com
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Baldwin Filters Inc**     represented by    **Francis H. Morrison, III**
        Axinn, Veltrop &Harkrider – CT
        90 State House Square
        Hartford, CT 06103–3702
        860–275–8100
        Fax: 860–275–8101
        Email: fhm@avhlaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Maria Eleni Kokiasmenos**
        Axinn, Veltrop &Harkrider – CT
        90 State House Square
        Hartford, CT 06103–3702
        860–275–8100
        Fax: 860–275–8101
        Email: mek@avhlaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bosch USA**     represented by    **William M. O'Connor**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Mann + Hummel USA Inc**     represented by    **Alan M. Kanzer**
        Alston &Bird, LLP–NY
        90 Park Avenue
        New York, NY 10016
        212–910–9480
        Fax: 212–210–3980
        Email: Alan.Kanzer@alston.com
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Amber C. Wessels**
        Alston &Bird, LLP–NY
        90 Park Avenue
        New York, NY 10016
        212–910–9594
        Fax: 212–210–9444
        Email: Amber.Wessels@alston.com
        *LEAD ATTORNEY*
        *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**David A. Ball**
Cohen &Wolf, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
203−368−0211
Email: dball@cohenandwolf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel A. Pencu**
Cohen &Wolf− Bpt
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
203−368−0211
Fax: 203−394−9901
Email: rpencu@cohenandwolf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stewart I. Edelstein**
Cohen &Wolf, P.C.
1115 Broad St., Po Box 1821
Bridgeport, CT 06604
203−368−0211
Email: sedelstein@cohenandwolf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arvinmeritor Inc**  represented by  **Joseph D. Jean**
Dickstein Shapiro, LLP − NY
1177 Avenue of the Americas
New York, NY 20036
212−277−6753
Fax: 917−432−7517
Email: jeanj@dicksteinshapiro.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United Components Inc**  represented by  **Benjamin A. Solnit**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Reingold Mandel**
(See above for address)
*TERMINATED: 07/15/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2008 | Ï 1 | COMPLAINT against Bosch USA, Mann + Hummel USA Inc, Arvinmeritor Inc, United Components Inc, Champion Laboratories, Inc., Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Prod, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc ( Filing fee $ 350 receipt number H025242), filed by Barjan LLC.(Ferguson, L.) (Entered: 04/14/2008) |
| 04/10/2008 | Ï 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 7/10/08. Amended Pleadings due by 6/9/2008 Discovery due by 10/10/2008 Dispositive Motions due by 11/9/2008. Signed by Clerk on 4/10/08. (Ferguson, L.) (Entered: 04/14/2008) |
| 04/10/2008 | Ï 3 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Janet Bond Arterton on 4/10/08. (Attachments: # 1 Part 2)(Ferguson, L.) (Entered: 04/14/2008) |
| 04/11/2008 | Ï | Summons Issued as to Bosch USA, Mann + Hummel USA Inc, Arvinmeritor Inc, United Components Inc, Champion Laboratories, Inc., Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Prod, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc. (Ferguson, L.) (Entered: 04/14/2008) |
| 04/22/2008 | Ï 4 | SUMMONS Returned Executed by Barjan LLC. Arvinmeritor Inc served on 4/18/2008, answer due 5/8/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 5 | SUMMONS Returned Executed by Barjan LLC. Baldwin Filters Inc served on 4/18/2008, answer due 5/8/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 6 | SUMMONS Returned Executed by Barjan LLC. Bosch USA served on 4/18/2008, answer due 5/8/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 7 | SUMMONS Returned Executed by Barjan LLC. Champion Laboratories, Inc. served on 4/18/2008, answer due 5/8/2008. (Attachments: # 1 Supplement Return of Service for Champion Agent for Service)(Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 8 | SUMMONS Returned Executed by Barjan LLC. Cummins Filtration Inc served on 4/18/2008, answer due 5/8/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 9 | SUMMONS Returned Executed by Barjan LLC. Donaldson Co served on 4/18/2008, answer due 5/8/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 10 | SUMMONS Returned Executed by Barjan LLC. Honeywell Intl Inc served on 4/18/2008, answer due 5/8/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 11 | SUMMONS Returned Executed by Barjan LLC. Mann + Hummel USA Inc served on 4/18/2008, answer due 5/8/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 12 | SUMMONS Returned Executed by Barjan LLC. Purolator Filters NA LLC served on 4/18/2008, answer due 5/8/2008. (Dubitsky, Doug) (Entered: |

| | | |
|---|---|---|
| | | 04/22/2008) |
| 04/22/2008 | Ï 13 | SUMMONS Returned Executed by Barjan LLC. United Components Inc served on 4/18/2008, answer due 5/8/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/22/2008 | Ï 14 | SUMMONS Returned Executed by Barjan LLC. Wix Filtration Prod served on 4/18/2008, answer due 5/8/2008. (Dubitsky, Doug) (Entered: 04/22/2008) |
| 04/25/2008 | Ï 15 | MOTION to Appoint Counsel, MOTION to Consolidate Cases. Case to be consolidated with 08cv475 (Responses due by 5/16/2008, ) by Barjan LLC. (Attachments: # 1 Memorandum in Support of Motion to Consolidate and appoint counsel, # 2 Exhibit 1 – Unpublished cases, # 3 Exhibit 2 Attorney Persky Declaration in support of Motion to Consolidate, # 4 Exhibit A to Attorney Persky Declaration, # 5 Exhibit B to Attorney Persky Declaration, # 6 Errata C to Attorney Persky Declaration, # 7 Exhibit D to Persky Declaration, # 8 Text of Proposed Order to Motion to Consolidate)(Dubitsky, Doug) (Entered: 04/25/2008) |
| 04/25/2008 | Ï 16 | MOTION for Leave to Appear Pro Hac Vice: Attorney Gregory Asciolla by Barjan LLC. Filing Fee $25.00. Receipt Number N024394. (Kelsey, N.) (Entered: 04/28/2008) |
| 04/25/2008 | Ï 17 | MOTION for Leave to Appear Pro Hac Vice: Attorney Bernard Persky by Barjan LLC. Filing Fee $25.00. Receipt Number N024393. (Kelsey, N.) (Entered: 04/28/2008) |
| 04/28/2008 | Ï 18 | ORDER granting 16 Motion to Appear Pro Hac Vice: Attorney Gregory Asciolla; granting 17 Motion to Appear Pro Hac Vice Attorney Bernard Persky. Bernard Persky for Barjan LLC added.. Signed by Clerk on 4/28/2008. (Kelsey, N.) (Entered: 04/28/2008) |
| 05/01/2008 | Ï 19 | NOTICE of Appearance by Maria Eleni Kokiasmenos on behalf of Baldwin Filters Inc (Kokiasmenos, Maria) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 20 | Corporate Disclosure Statement by Baldwin Filters Inc identifying Corporate Parent CLARCOR Inc. for Baldwin Filters Inc. (Kokiasmenos, Maria) (Entered: 05/01/2008) |
| 05/01/2008 | Ï 21 | Consent MOTION for Extension of Time until June 9, 2008 *To* File An Answer or Motion in Response to Complaint by Baldwin Filters Inc. (Kokiasmenos, Maria) (Entered: 05/01/2008) |
| 05/02/2008 | Ï 22 | NOTICE of Appearance by Francis H. Morrison, III on behalf of Baldwin Filters Inc (Morrison, Francis) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 23 | ORDER granting 21 Consent MOTION for Extension of Time until June 9, 2008 *To* File An Answer or Motion in Response to Complaint. Signed by Clerk on 5/2/2008. (Kelsey, N.) (Entered: 05/02/2008) |
| 05/02/2008 | Ï | Answer deadline updated for Baldwin Filters Inc to 6/9/2008. (Kelsey, N.) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 24 | NOTICE of Appearance by Benjamin A. Solnit on behalf of United Components Inc, Champion Laboratories, Inc. (Solnit, Benjamin) (Entered: 05/02/2008) |

| | | |
|---|---|---|
| 05/02/2008 | Ï 25 | MOTION for Extension of Time until Thirty Days Respond to Complaint 1 Complaint, by United Components Inc, Champion Laboratories, Inc.. (Solnit, Benjamin) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 26 | Corporate Disclosure Statement *(Rule 7.1)* by Champion Laboratories, Inc. identifying Corporate Parent UCI Acquisition Holdings, Inc., Corporate Parent UCI Holdco, Inc., Corporate Parent Carlyle Partners III, L.P., Corporate Parent United Components, Inc. for Champion Laboratories, Inc.. (Solnit, Benjamin) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 27 | Corporate Disclosure Statement *(Rule 7.1)* by United Components Inc identifying Corporate Parent UCI Acquisition Holdings, Inc., Corporate Parent UCI Holdco, Inc., Corporate Parent Carlyle Partners III, L.P. for United Components Inc. (Solnit, Benjamin) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 28 | NOTICE of Appearance by David A. Ball on behalf of Mann + Hummel USA Inc (Ball, David) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 29 | Corporate Disclosure Statement by Mann + Hummel USA Inc identifying Corporate Parent Mann + Hummel, Inc., Corporate Parent Mann + Hummel GmbH for. (Ball, David) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 30 | Consent MOTION for Extension of Time until June 9, 2008 to answer, move or otherwise respond to Plaintiff's Complaint by Mann + Hummel USA Inc. (Ball, David) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 31 | NOTICE of Appearance by William M. O'Connor on behalf of Bosch USA, Purolator Filters NA LLC (O'Connor, William) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 32 | NOTICE by Bosch USA, Purolator Filters NA LLC *Disclosure Statement* (O'Connor, William) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 33 | MOTION for Extension of Time until June 9, 2008 Answer by Bosch USA, Purolator Filters NA LLC. (O'Connor, William) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 34 | NOTICE of Appearance by Edward Wood Dunham on behalf of Donaldson Co (Dunham, Edward) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 35 | NOTICE of Appearance by Stewart I. Edelstein on behalf of Mann + Hummel USA Inc (Edelstein, Stewart) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 36 | NOTICE of Appearance by Rachel Reingold Mandel on behalf of United Components Inc, Champion Laboratories, Inc. (Mandel, Rachel) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 37 | NOTICE of Appearance by Erika L. Amarante on behalf of Donaldson Co (Amarante, Erika) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 38 | Corporate Disclosure Statement by Donaldson Co. (Amarante, Erika) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 39 | Consent MOTION for Extension of Time until June 9, 2008 to Answer or Otherwise Respond to Plaintiff's Complaint by Donaldson Co. (Amarante, Erika) (Entered: 05/02/2008) |
| 05/05/2008 | Ï 40 | |

| | | |
|---|---|---|
| | | ORDER granting 25 MOTION for Extension of Time until 6/9/2008 to Respond to 1 Complaint. Signed by Clerk on 5/5/2008. (Kelsey, N.) (Entered: 05/05/2008) |
| 05/05/2008 | Ï | Answer deadline updated for United Components Inc to 6/9/2008; Champion Laboratories, Inc. to 6/9/2008. (Kelsey, N.) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 41 | ORDER granting 30 Consent MOTION for Extension of Time until June 9, 2008 to answer, move or otherwise respond to Plaintiff's Complaint. Signed by Clerk on 5/5/2008. (Kelsey, N.) (Entered: 05/05/2008) |
| 05/05/2008 | Ï | Answer deadline updated for Mann + Hummel USA Inc to 6/9/2008. (Kelsey, N.) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 42 | ORDER granting Bosch USA and Purolator Filters NA LLC 33 MOTION for Extension of Time until June 9, 2008 to Answer. Signed by Clerk on 5/5/2008. (Kelsey, N.) (Entered: 05/05/2008) |
| 05/05/2008 | Ï | Answer deadline updated for Bosch USA to 6/9/2008; Purolator Filters NA LLC to 6/9/2008. (Kelsey, N.) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 43 | ORDER granting Donaldson Co 39 Consent MOTION for Extension of Time until June 9, 2008 to Answer or Otherwise Respond to Plaintiff's Complaint. Signed by Clerk on 5/5/2008. (Kelsey, N.) (Entered: 05/05/2008) |
| 05/05/2008 | Ï | Answer deadline updated for Donaldson Co to 6/9/2008. (Kelsey, N.) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 44 | NOTICE of Appearance by David S. Hardy on behalf of Honeywell Intl Inc (Hardy, David) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 45 | Corporate Disclosure Statement by Honeywell Intl Inc. (Hardy, David) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 46 | First MOTION for Extension of Time until June 9, 2008 to Respond to Complaint 1 Complaint, by Honeywell Intl Inc. (Hardy, David) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 47 | NOTICE of Appearance by Joseph D. Jean on behalf of Arvinmeritor Inc (Jean, Joseph) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 48 | MOTION for Extension of Time until June 9, 2008 *to* Answer by Arvinmeritor Inc. (Jean, Joseph) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 49 | NOTICE of Appearance by David L. Belt on behalf of Wix Filtration Prod (Belt, David) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 50 | Corporate Disclosure Statement by Wix Filtration Prod identifying Corporate Parent Affinia Group Holdings Inc., Corporate Parent Affinia Group Intermediate Holdings Inc., Corporate Parent Affinia Group Inc. for Wix Filtration Prod. (Belt, David) (Entered: 05/05/2008) |
| 05/05/2008 | Ï 51 | MOTION for Extension of Time until June 9, 2008 File An Answer or Motion in Response to Complaint by Wix Filtration Prod. (Belt, David) (Entered: 05/05/2008) |

| | | |
|---|---|---|
| 05/06/2008 | Ï 52 | ORDER granting Honeywell Intl Inc's 46 First MOTION for Extension of Time until June 9, 2008 to Respond to 1 Complaint; granting Arvinmeritor Inc's 48 Motion for Extension of Time until June 9, 2008 to Respond to Complaint; granting Wix Filtration Prod's 51 Motion for Extension of Time until June 9, 2008 to Respond to Complaint. Signed by Clerk on 5/6/2008. (Kelsey, N.) (Entered: 05/06/2008) |
| 05/06/2008 | Ï | Answer deadline updated for Arvinmeritor Inc to 6/9/2008; Honeywell Intl Inc to 6/9/2008; Wix Filtration Prod to 6/9/2008. (Kelsey, N.) (Entered: 05/06/2008) |
| 05/07/2008 | Ï 53 | NOTICE of Appearance by James K. Robertson, Jr on behalf of Honeywell Intl Inc (Robertson, James) (Entered: 05/07/2008) |
| 05/08/2008 | Ï 54 | MOTION for Leave to Appear Pro Hac Vice: Attorney Amber Wessels by Mann + Hummel USA Inc. Filing Fee $25.00. Receipt Number N024492. (Kelsey, N.) (Entered: 05/08/2008) |
| 05/08/2008 | Ï 55 | MOTION for Leave to Appear Pro Hac Vice: Attorney Alan Kanzer by Mann + Hummel USA Inc. Filing Fee $25.00. Receipt Number N024493. (Kelsey, N.) (Entered: 05/08/2008) |
| 05/08/2008 | Ï 56 | ORDER granting 54 Motion to Appear Pro Hac Vice: Attorney Amber Wessels; granting 55 Motion to Appear Pro Hac Vice: Attorney Alan Kanzer. Signed by Clerk on 5/8/2008. (Kelsey, N.) (Entered: 05/08/2008) |
| 05/08/2008 | Ï 57 | NOTICE of Appearance by Thomas D. Goldberg on behalf of Cummins Filtration Inc (Goldberg, Thomas) (Entered: 05/08/2008) |
| 05/08/2008 | Ï 58 | NOTICE of Appearance by Kenneth W. Ritt on behalf of Cummins Filtration Inc (Ritt, Kenneth) (Entered: 05/08/2008) |
| 05/08/2008 | Ï 59 | Corporate Disclosure Statement by Cummins Filtration Inc identifying Corporate Parent Cummins Inc. for Cummins Filtration Inc. (Ritt, Kenneth) (Entered: 05/08/2008) |
| 05/08/2008 | Ï 60 | First MOTION for Extension of Time until June 9, 2008 to File an Answer, Move or Otherwise Respond 1 Complaint, by Cummins Filtration Inc. (Ritt, Kenneth) (Entered: 05/08/2008) |
| 05/09/2008 | Ï 61 | ORDER granting Cummins Filtration Inc's 60 First MOTION for Extension of Time until June 9, 2008 to File an Answer, Move or Otherwise Respond to 1 Complaint. Signed by Clerk on 5/9/2008. (Kelsey, N.) (Entered: 05/09/2008) |
| 05/09/2008 | Ï | Answer deadline updated for Cummins Filtration Inc to 6/9/2008. (Kelsey, N.) (Entered: 05/09/2008) |
| 05/12/2008 | Ï 62 | MOTION for Leave to Appear Pro Hac Vice: Attorney John DeQ. Briggs, by Wix Filtration Corp LLC. Filing Fee $25.00. Receipt Number N024551. (Kelsey, N.) (Entered: 05/13/2008) |
| 05/13/2008 | Ï 63 | ORDER granting 62 Motion to Appear Pro Hac Vice: Attorney John DeQ. Briggs for Wix Filtration Corp LLC added. Signed by Clerk on 5/13/2008. (Kelsey, N.) (Entered: 05/13/2008) |
| 05/14/2008 | Ï 64 | NOTICE of Appearance by Rachel A. Pencu on behalf of Mann + Hummel USA Inc (Pencu, Rachel) (Entered: 05/14/2008) |

| | | |
|---|---|---|
| 05/14/2008 | Ï 65 | MOTION for Leave to Appear Pro Hac Vice: Attorney Adam J. Biegel by Mann + Hummel USA Inc. Filing Fee $25.00. Receipt Number N024561. (Kelsey, N.) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 66 | ORDER granting 65 Motion to Appear Pro Hac Vice: Attorney Adam J. Biegel. Signed by Clerk on 5/14/2008. (Kelsey, N.) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 67 | MOTION for Leave to Appear Pro Hac Vice: Attorney Hollis L. Salzman by Barjan LLC. Filing Fee $25.00. Receipt Number N024563. (Attachments: # 1 Affidavit of Doug Dubitsky, # 2 Affidavit of Hollis L. Salzman) (Kelsey, N.) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 68 | ORDER granting 67 Motion to Appear Pro Hac Vice: Attorney Hollis L. Salzman for Barjan LLC added.. Signed by Clerk on 5/14/2008. (Kelsey, N.) (Entered: 05/14/2008) |
| 05/14/2008 | Ï 69 | CERTIFICATE OF SERVICE by Barjan LLC re 67 MOTION for Leave to Appear Pro Hac Vice Attorney Hollis L. Salzman. Filing Fee $25.00. Receipt Number N024563. (Dubitsky, Doug) (Entered: 05/14/2008) |
| 05/15/2008 | Ï 70 | Memorandum in Opposition re 15 MOTION to Appoint Counsel MOTION to Consolidate Cases. Case to be consolidated with 08cv475 filed by Bosch USA, Mann + Hummel USA Inc, Arvinmeritor Inc, United Components Inc, Champion Laboratories, Inc., Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Prod, Cummins Filtration Inc, Donaldson Co, Baldwin Filters Inc. (Attachments: # 1 Exhibit A)(O'Connor, William) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 71 | MOTION to Stay *Pretrial Proceedings* by Honeywell Intl Inc.Responses due by 6/5/2008 (Attachments: # 1 Memorandum in Support, # 2 Affidavit Declaration of David S. Hardy, # 3 Exhibit 1 to Declaration, # 4 Exhibit 2 to Declaration, # 5 Exhibit 3 to Declaration, # 6 Exhibit 4 to Declaration)(Hardy, David) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 73 | MOTION for Leave to Appear Pro Hac Vice: Attorney James T. McKeown by Donaldson Co. Filing Fee $25.00. Receipt Number N024585. (Attachments: # 1 Affidavit of James T. McKeown) (Kelsey, N.) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 72 | Corporate Disclosure Statement by Barjan LLC. (Dubitsky, Doug) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 74 | ORDER granting 73 Motion to Appear Pro Hac Vice. Attorney James T. McKeown for Donaldson Co added. Signed by Clerk on 5/16/2008. (Kelsey, N.) (Entered: 05/16/2008) |
| 05/20/2008 | Ï 75 | Supplemental SUMMONS Returned Executed by Barjan LLC. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 76 | Supplemental SUMMONS Returned Executed by Barjan LLC. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 77 | Supplemental SUMMONS Returned Executed by Barjan LLC. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 78 | Supplemental SUMMONS Returned Executed by Barjan LLC. (Dubitsky, Doug) (Entered: 05/20/2008) |

| | | |
|---|---|---|
| 05/20/2008 | Ï 79 | Supplemental SUMMONS Returned Executed by Barjan LLC. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 80 | Supplemental SUMMONS Returned Executed by Barjan LLC. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 81 | Supplemental SUMMONS Returned Executed by Barjan LLC. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 82 | Supplemental SUMMONS Returned Executed by Barjan LLC. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 83 | Supplemental SUMMONS Returned Executed by Barjan LLC. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 84 | Supplemental SUMMONS Returned Executed by Barjan LLC. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 85 | Summons Returned Unexecuted by Barjan LLC as to Bosch USA. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/20/2008 | Ï 86 | Second SUMMONS Returned Executed by Barjan LLC. Bosch USA served on 5/14/2008, answer due 6/9/2008. (Dubitsky, Doug) (Entered: 05/20/2008) |
| 05/22/2008 | Ï 87 | STIPULATION re 1 Complaint, *and Proposed Consent Order for Extension of Time* by United Components Inc, Champion Laboratories, Inc.. (Solnit, Benjamin) (Entered: 05/22/2008) |
| 05/23/2008 | Ï 88 | NOTICE OF COMPLIANCE WITH PRETRIAL/SUPPLEMENTAL ORDER by Barjan LLC (Dubitsky, Doug) (Entered: 05/23/2008) |
| 05/23/2008 | Ï 89 | Proposed Pretrial Order *Consolidating Actions* by Barjan LLC. (Dubitsky, Doug) (Entered: 05/23/2008) |
| 05/30/2008 | Ï | Cases associated. Create association to 3:08−cv−00475−JBA. (Malone, P.) (Entered: 06/03/2008) |
| 06/03/2008 | Ï 90 | For the reasons set out on the record of May 16, 2008, the Court ORDERS the following: 15 Plaintiff's Motion to Consolidate and Coordinate Actions is denied as moot in light of the Consolidation Order entered May 30, 2008; 15 Plaintiff's Motion for Appointment of Interim Class Counsel is denied without prejudice; and 71 Defendants' Motion to Stay All Pretrial Proceedings Pending the Multidistrict Litigation Motion to Consolidate and Transfer is granted, over Plaintiff's objection. All pretrial deadlines (including responsive pleadings) are stayed pending the MDL Panel's determination of the motion to consolidate and transfer, except the parties' Rule 26(f) report, which shall be filed by July 3, 2008. (Refer to the docket sheet in the lead case, 3:08cv475 (JBA).) Signed by Judge Janet Bond Arterton on 5/30/08. (Padgett, G.) (Entered: 06/03/2008) |
| 07/14/2008 | Ï 91 | MOTION for Rachel Reingold Mandel to Withdraw as Attorney by United Components Inc, Champion Laboratories, Inc.. (Mandel, Rachel) (Entered: 07/14/2008) |
| 07/15/2008 | Ï 92 | ORDER granting 91 Motion to Withdraw as Attorney. Attorney Rachel Reingold Mandel terminated. Signed by Judge Janet Bond Arterton on 7/15/2008. (Tooker, A.) (Entered: 07/15/2008) |

| 08/25/2008 | Ï 93 | MDL Transfer ORDER Case Transferred to the Eastern Division of Northern District of Illinois. Signed by J. Fredrick Motz MDL Pannel on 8/18/08. (Malone, P.) (Entered: 08/29/2008) |